# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ODDO, HARRY HYADUCK, SR., LARRY KAHHAN and GERALD DWYER, on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>                          *Plaintiffs*,<br>v.<br><br>T-MOBILE USA, INC.,<br><br>                          *Defendant*. | Civ. Action No. 2:24-cv-07719 (MEF/JRA)<br><br>**NOTICE OF MOTION**<br><br>**Motion Date: October 7, 2024**<br><br>*Document filed electronically*<br><br>*Oral argument requested* |

**TO:** ALL COUNSEL OF RECORD

      **PLEASE TAKE NOTICE** that on October 7, 2024, or on a date that the Court deems appropriate, counsel for Defendant T-Mobile USA, Inc. ("T-Mobile") shall move before the Honorable Michael E. Farbiarz, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, New Jersey, for an Order dismissing the claims of Plaintiffs Hyaduck, Dwyer, and Kahhan ("Non-Resident Plaintiffs") for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, or, in the alternative, dismissing Non-Resident Plaintiffs' claims in favor of arbitration. T-Mobile shall also move for an Order pursuant to

Sections 3 and 4 of the Federal Arbitration Act compelling arbitration of Plaintiff Oddo's claims and staying his claims in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, T-Mobile will rely upon the submitted Memorandum of Law in Support of T-Mobile USA, Inc's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Compel Arbitration and accompanying exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is included with this Notice of Motion, pursuant to Local Civil Rule 7.1(e).

Dated: September 6, 2024

Respectfully submitted,

By: /s/ *Reade W. Seligmann*
Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY 10016-1387
Telephone: (212) 210-9453
reade.seligmann@alston.com

Kristine McAlister Brown (*Pro Hac Vice forthcoming*)
**Alston & Bird LLP**
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309
Tel: 404-881-7584
kristy.brown@alston.com

*Counsel for T-Mobile USA, Inc.*