# Exhibit 2

| | |
|---|---|
| From: | |
| Sent: | Wednesday, April 5, 2023 12:28 PM |
| To: | CRM Global Email Seeds |
| Subject: | We're updating our terms and conditions |

See inside for details.



Terms and Conditions are being updated

We've updated our Terms and Conditions and changes will take place May 15, 2023. By using your service after that date, you'll agree to the updated Terms and Conditions. Please read our Terms & Conditions at **T-Mobile.com/terms-conditions**. For additional information, visit our FAQ page at **http://T-Mobile.com/support/account/terms-and-conditions-updates**.

Thank you,

Your T-Mobile team



THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

T-Mobile, the T logo, Magenta, and the magenta color are registered trademarks of Deutsche Telekom AG. © 2023 T-Mobile USA, Inc.

Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

View this email as a webpage ›