# Exhibit 17

**LEGAL CENTER**

# Terms and Conditions

Effective, March 27, 2014.

**Return to current Terms & Conditions >**

Your agreement with "T-Mobile" (defined as T-Mobile USA, Inc., and its controlled subsidiaries, assignees, and agents) includes these Terms and Conditions ("T&Cs"), your Service Agreement, applicable supplemental terms and conditions, and your Rate Plan terms, which are available at www.T-Mobile.com (collectively "Agreement"). Your Rate Plan includes your Service allotments for minutes, messages or data ("Allotments"), rates, coverage and other terms ("Rate Plan"). To the extent any term in your Rate Plan expressly conflicts with these T&Cs, the term in your Rate Plan will govern. **Your Agreement applies to each line of Service, although different T&Cs may apply to different lines of Service on your account.**

**Please read these T&Cs carefully**. They cover important information about T-Mobile services provided to you ("Service"); your authorized phone, handset, device, SIM card, data card, or other equipment or third party device for which we provide Service (collectively "Device"); and any access and usage charges, taxes,

fees, and other charges we bill you or that were accepted or processed through your Device ("Charges"). **These T&Cs include information on fees for early termination (if applicable to your Rate Plan), Rate Plan changes, late payments, limitations of liability, privacy information, and resolution of disputes by arbitration instead of in court**.

**If you give someone your personal account validation information, they can access and manage your account**. Your personal account validation information includes the last four digits of your social security number or your passcode. In addition, you may establish "Authorized Users" to manage your account. You, any individual you give your personal account validation information to, and any Authorized User on your account, will each have access to your account information, and each will be able to:

- Make changes to your account;

- Add services or features to your account;

- Remove services or features from your account;

- Receive notices and disclosures on your behalf; and

- Purchase Devices for use with our Service.

All of these activities may result in additional fees, payments due, or Charges to your account, a new minimum term for the line(s) of Service, and/or a new agreement or payment terms that will apply to the account, or to the purchase of Devices. The agreements which are made on your behalf may include retail installment sales agreements for the purchase of Devices to use with our Service. You agree that you will be bound by all such notices, disclosures, changes and terms of agreement, and obligated to pay any resulting fees, payments or Charges. Authorized changes may require your agreement to new T&Cs.

1. **Acceptance. YOUR AGREEMENT WITH T-MOBILE STARTS WHEN YOU ACCEPT**. You represent that you are at least 18 years old (21 years old or

Terms and Conditions Mar 2014

legally emancipated if you are a Puerto Rico customer) and you are legally authorized to enter into this Agreement. You accept your Agreement by doing any of the following: (a) giving us a written or electronic signature, or telling us orally that you accept; (b) activating Service; (c) using the Service (d)using your service after you make a change or addition; (e) paying for the Service or a "T-Mobile Device" (a Device purchased from T-Mobile, a T-Mobile dealer, or other T-Mobile authorized retailer ("Dealer")); or (f) opening the T-Mobile Device box or failing to activate Service within 30 days after the purchase of your T-Mobile Device, unless returned within the Cancellation Period (as defined in Section 4). **IF YOU DON'T WANT TO ACCEPT, DON'T DO ANY OF THESE THINGS.**

2. **\* Dispute Resolution and Arbitration. WE EACH AGREE THAT, EXCEPT AS PROVIDED BELOW (AND EXCEPT AS TO PUERTO RICO CUSTOMERS), ANY AND ALL CLAIMS OR DISPUTES IN ANY WAY RELATED TO OR CONCERNING THE AGREEMENT, OUR PRIVACY POLICY, OUR SERVICES, DEVICES OR PRODUCTS, INCLUDING ANY BILLING DISPUTES, WILL BE RESOLVED BY BINDING ARBITRATION OR IN SMALL CLAIMS COURT**. This includes any claims against other parties relating to Services or Devices provided or billed to you (such as our suppliers, Dealers or third party vendors) whenever you also assert claims against us in the same proceeding. We each also agree that the Agreement affects interstate commerce so that the Federal Arbitration Act and federal arbitration law apply (despite the choice of law provision in Section 27). THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. THE ARBITRATOR MUST FOLLOW THIS AGREEMENT AND CAN AWARD THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING ATTORNEYS' FEES).

Notwithstanding the above, **YOU MAY CHOOSE TO PURSUE YOUR CLAIM IN COURT AND NOT BY ARBITRATION IF YOU OPT OUT OF THESE ARBITRATION PROCEDURES <u>WITHIN 30 DAYS</u> FROM THE EARLIER OF THE DATE YOU PURCHASED A DEVICE FROM US OR THE DATE YOU ACTIVATED A NEW LINE OF SERVICE, OR FOR A LINE OF SERVICE THAT WAS**

**ACTIVATED PRIOR TO JUNE 28, 2008,** <u>WITHIN 30 DAYS</u> **FROM THE FIRST TIME AFTER DECEMBER 30, 2011 WHEN YOU AGREED TO EXTEND OR RENEW YOUR TERM OF SERVICE FOR THAT LINE (the "Opt Out Deadline")**. You must opt out by the Opt Out Deadline for each line of Service. You may opt out of these arbitration procedures by calling 1-866-323-4405 or completing the opt-out form located at www.T-Mobiledisputeresolution.com. **Any opt-out received after the Opt Out Deadline will not be valid and you must pursue your claim in arbitration or small claims court.**

For all disputes (except for Puerto Rico customers), whether pursued in court or arbitration, you must first give us an opportunity to resolve your claim by sending a written description of your claim to the address in Section 16 below. We each agree to negotiate your claim in good faith. If we are unable to resolve the claim within 60 days after we receive your claim description, you may pursue your claim in arbitration. We each agree that if you fail to timely pay amounts due, we may assign your account for collection, and the collection agency may pursue, in small claims court, claims limited strictly to the collection of the past due amounts and any interest or cost of collection permitted by law or this Agreement.

**If the arbitration provision applies or you choose arbitration to resolve your disputes, then either you or we may start arbitration proceedings**. You must send a letter requesting arbitration and describing your claim to our registered agent (see Section. 16) to begin arbitration. The American Arbitration Association ("AAA") will arbitrate all disputes. For claims less than $75,000, the AAA's Supplementary Procedures for Consumer-Related Disputes will apply; for claims over $75,000, the AAA's Commercial Arbitration Rules will apply. The AAA rules are available at www.adr.org or by calling 1-800-778-7879. Upon filing of the arbitration demand, we will pay all filing, administration and arbitrator fees for claims that total less than $75,000. For claims that total more than $75,000, the payment of filing, administration and arbitrator fees will be governed by the AAA Commercial Arbitration Rules. An arbitrator may award

on an individual basis any relief that would be available in a court, including injunctive or declaratory relief and attorneys' fees. In addition, for claims under $75,000 as to which you provided notice and negotiated in good faith as required above before initiating arbitration, if the arbitrator finds that you are the prevailing party in the arbitration, you will be entitled to a recovery of reasonable attorneys' fees and costs. Except for claims determined to be frivolous, T-Mobile agrees not to seek an award of attorneys' fees in arbitration even if an award is otherwise available under applicable law. **Puerto Rico customers**: Refer to Section 15 for details on the Puerto Rico Telecommunications Dispute Procedure.

**CLASS ACTION WAIVER**. **WE EACH AGREE THAT ANY PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A MEMBER IN A CLASS, CONSOLIDATED OR REPRESENTATIVE ACTION**. If a court or arbitrator determines in an action between you and us that this Class Action Waiver is unenforceable, the arbitration agreement will be void as to you. **If you choose to pursue your claim in court by opting out of the arbitration provision as specified above, this Class Action Waiver provision will not apply to you. Neither you, nor any other customer, can be a class representative, class member, or otherwise participate in a class, consolidated, or representative proceeding without having complied with the opt out requirements above.**

**JURY TRIAL WAIVER**. If a claim proceeds in court rather than through arbitration, **WE EACH WAIVE ANY RIGHT TO A JURY TRIAL**.

3. **\* Your Term of Service and Early Termination Fees**. Some Rate Plans are month-to-month and some Rate Plans require a Service Term. Your "Term" is the period of time for which you have agreed to maintain Service with us. Periods of suspension of Service do not count toward your Term. After your Term ends, you will become a month-to-month customer. Except for month-to-

month customers, **AN EARLY TERMINATION FEE WILL APPLY TO EACH LINE OF SERVICE IF YOU DO NOT MAINTAIN YOUR AGREED-UPON SERVICES THROUGH THE END OF YOUR TERM FOR THAT LINE OF SERVICE, OR IF WE TERMINATE YOUR SERVICE EARLY (see Section 19). THE EARLY TERMINATION FEE IS: $200 IF TERMINATION OCCURS WITH MORE THAN 180 DAYS REMAINING ON YOUR TERM; $100 IF TERMINATION OCCURS WITH 91 TO 180 DAYS REMAINING ON YOUR TERM; $50 IF TERMINATION OCCURS WITH 31 TO 90 DAYS REMAINING ON YOUR TERM; AND THE LESSER OF $50 OR YOUR MONTHLY RECURRING CHARGES (including any applicable taxes and fees) IF TERMINATION OCCURS IN THE LAST 30 DAYS OF YOUR TERM**. Some Devices require maintaining certain features or Services (e.g. a data plan) as part of your Rate Plan, and cancelling them before the end of your Term will result in an Early Termination Fee. **The Early Termination Fee is part of our rates and is not a penalty**. The Early Termination Fee applies only to the extent permitted by law. If you terminate your Service, your termination will be effective at the end of your current billing cycle, and you will remain responsible for all fees and Charges for your Service and usage through the end of that billing cycle. If we terminate your Service, we will determine the date of termination, and you will be responsible for all usage and Charges through the date of termination. You can request us to port your number to another carrier, and Service for that number will be terminated when the porting is complete. If you port your number, you are responsible for all usage and Charges through the end of your current billing cycle. If you bought your wireless Device from a Dealer, they may charge a separate fee associated with cancellation.

4. **\* Cancellation and Returns**. **<u>Service Cancellation</u>**: You can cancel a new line of Service, and if applicable, not pay an Early Termination Fee, if you cancel **WITHIN 14 DAYS** of activating that new line of Service (some states may differ - ask your sales representative) ("Cancellation Period"). You remain responsible for all Charges incurred through the date of cancellation. To cancel Service during the Cancellation Period, you may be required to go to the place

where you activated Service and return any T-Mobile Device you acquired at the time of activation. You must return your T-Mobile Device in its package with all original contents, undamaged and in good working condition with no material alterations to the Device's hardware or software. If you do not return your T-Mobile Device or if you return your T-Mobile Device in a damaged, altered or destroyed condition, we may take one or more of the following actions: (a) prevent your T-Mobile Device from working on any network; (b) charge you the Early Termination Fee(if your line of Service is subject to an early termination fee); (c) elect not to process your Service cancellation; or (d) charge you the suggested retail price or the cost to repair a damaged, destroyed, or non-returned T-Mobile Device, (which may be greater than the price you paid), plus any shipping and handling charges. **Device Refunds and Restocking Fees**: For T-Mobile Device and accessory returns and exchanges, see the applicable return policy, which is available at your place of purchase. Some T-Mobile Devices and accessories may not be refunded or exchanged, and you may be required to pay a restocking fee.

5. **Changes to Your Service**. You may be unable to change your Rate Plan, including services and features associated with your Rate Plan. You may request to change to another Rate Plan during your Term, and if we authorize the change, you may be charged a migration fee of up to the amount of the Early Termination Fee for each line of service, and you may continue to be bound to your existing Term or an extended Term. The amount of the migration fee will decrease as the time remaining on your Term decreases. For specific information about changing your Rate Plan, including migration fee details, call T-Mobile.

6. **Our Rights to Make Changes**. This section describes how changes may be made to your Agreement, is subject to requirements and limitations imposed by applicable law, and will not be enforced to the extent prohibited by law. Your Service is subject to our business policies, practices, and procedures, which we can change without notice. WE CAN CHANGE ANY TERMS IN THE

AGREEMENT AT ANY TIME. YOU MAY CANCEL THE AFFECTED LINE OF
SERVICE WITHOUT AN EARLY TERMINATION FEE (if applicable) IF: (A) WE
CHANGE YOUR PRICING IN A MANNER THAT MATERIALLY INCREASES
YOUR RECURRING CHARGE(S) (the amount you agreed to pay for voice, data
and messaging, which does not include overage, pay-per-use or optional
services (such as 411, or downloads), or taxes and fees); (B) WE MATERIALLY
DECREASE THE SERVICE ALLOTMENTS WE AGREED TO PROVIDE TO YOU
FOR YOUR RECURRING CHARGE; OR (C) WE MATERIALLY CHANGE A TERM
IN THESE T&Cs OTHER THAN PRICING IN A MANNER THAT IS MATERIALLY
ADVERSE TO YOU. WE WILL PROVIDE YOU WITH AT LEAST 30 DAYS'
NOTICE OF ANY CHANGE WARRANTING CANCELLATION OF THE
AFFECTED LINE OF SERVICE AND YOU MUST NOTIFY US OF YOUR INTENT
TO CANCEL SERVICE WITHIN 14 DAYS AFTER YOU RECEIVE THE NOTICE,
OR AS OTHERWISE PROVIDED IN THE NOTICE. IF YOUR RATE PLAN IS
SUBJECT TO AN EARLY TERMINATION FEE, YOUR ONLY REMEDY FOR ANY
CHANGE THAT WARRANTS CANCELLING SERVICE FOR THE AFECTED LINE
WITHIN THE RELEVANT TIMEFRAME IS THAT YOU WILL NOT BE CHARGED
THE EARLY TERMINATION FEE. IF YOU FAIL TO CANCEL SERVICE WITHIN
THE RELEVANT TIMEFRAME, YOU ACCEPT THE CHANGES.

7. **\* Your Wireless Device & Compatibility with Other Networks**. Your T-Mobile
Device may not be compatible with the network and services provided by
another service provider. You may buy a Device from us or bring your own
Device, but it must, as solely determined by T-Mobile, be compatible with, and
not potentially harm, our network. Some T-Mobile features will be available only
on T-Mobile Devices purchased from us. A T-Mobile Device is designed to be
used only with T-Mobile Service. You may be eligible to have your T-Mobile
Device reprogrammed to work with another carrier, but you must contact us to
do so. If you purchased your Device from someone else (not T-Mobile), you
may have to contact the original place of purchase for reprogramming
assistance. T-Mobile reserves the right to prevent your Device from being used
on our network. At times we may remotely change software, systems,

applications, features or programming on your Device without notice to address security, safety or other issues that impact our network or your Device. These changes will modify your Device and may affect or erase data you have stored on your Device, the way you have programmed your Device, or the way you use your Device. We may offer you changes to systems, applications, features or programming remotely to your Device; you will not be able to use your Device during the installation of the changes even for emergencies.

8. **Service Availability**. Coverage maps only approximate our anticipated wireless coverage area outdoors; actual Service area, coverage and quality may vary and change without notice depending on a variety of factors including network capacity, terrain and weather. Outages and interruptions in Service may occur, and speed of Service varies. You agree we are not liable for problems relating to Service availability or quality.

9. **Important Emergency and 9-1-1 Information and Emergency Alerts**. When making a 9-1-1 call, always state the nature of your emergency and provide both your location and phone number, as the operator may not automatically receive this information. **T-Mobile is not responsible for failures to connect or complete 9-1-1 calls or if inaccurate location information is provided. 9-1-1 service may not be available or reliable and your ability to receive emergency services may be impeded**. We may use a variety of information and methods to determine the location of a 9-1-1 call, including Global Positioning Satellites, our wireless network, the street address you have provided us as your primary use location ("Primary Address") or the location of a known Wi-Fi access point. Even with this information, an emergency operator may not be able to locate you in order to provide emergency services. Other third party entities are involved in connecting a 9-1-1 call and T-Mobile does not determine the public safety agency to which your 9-1-1 call is routed. If you are porting a phone number to or from us, we may not be able to provide you with some Services, such as 9-1-1 location services, while the port is in process. If you dial 9-1-1 while outside the U.S., 9-1-1 services may not be available. **Wi-Fi and 9-1-1**

**Service**: Calling 9-1-1 via Wi-Fi services uses the internet and operates differently than traditional 9-1-1. For example, 9-1-1 service may not work during power or internet (e.g., cable service) outages or disruptions, or if your internet or T-Mobile Service are suspended. Location information when using Wi-Fi may be limited or unavailable. You must provide us with a Primary Address to use Wi-Fi services. If the location at which you primarily use Wi-Fi changes, either temporarily or permanently, you must register the new address via www.my.T-Mobile.com or by contacting T-Mobile's Customer Care; it may take 24 hours or more to update the address information. If you do not give us a Primary Address, we may block your usage of certain Wi-Fi networks. When you call 9-1-1 over Wi-Fi away from your Primary Address, we may have no or very limited information about your location. **Text-to-911**: Text-to-911: Text to 9-1-1 may be available in some locations where T-Mobile service is provided, and is dependent on the public safety agency's ability to receive text messaging. **T-Mobile recommends that you use voice communications as your primary method of contacting 9-1-1. Emergency Alerts**. T-Mobile has chosen to offer wireless emergency alerts, within portions of its coverage area, on wireless alert capable Devices. There is no additional charge for these wireless emergency alerts. For details on the availability of this service and wireless emergency alert capable Devices, please visit www.T-Mobile.com.

10. **\* Billing. You agree to pay all Charges we bill you or that were accepted or processed through your Device**. For disputed Charges, see Section 15. You agree to provide us with accurate and complete billing information and to report all changes within 30 days of the change. We round up any fraction of a minute to the next full minute. Airtime usage is measured from the time the network begins to process a call (before the phone rings or the call is answered) through its termination of the call (after you hang up). Unless otherwise specified in your Rate Plan, the rate for a call is determined by the time the call starts, and that rate applies to the entire call. If we cannot determine the time of your call, we may base the time on the local time associated with your billing address. For some products, such as Prepaid

Service, each minute of a call will be billed according to the time or day applicable to that minute. You may be charged for more than one call/message when you use certain features resulting in multiple inbound or outbound calls/messages (such as call forwarding, call waiting, voicemail, conference calling, and multi-party messaging). Most usage and Charges incurred during a billing cycle will be included in your bill for that cycle. Some usage and Charges may be delayed to a later billing cycle, which may cause you to exceed Rate Plan Allotments in a later billing cycle. Unused Rate Plan Allotments expire at the end of your billing cycle. Airtime usage applies to all calls processed through your Device, including toll-free, operator-assisted, voice mail, call forwarding and calling card calls. You may be billed additional Charges or fees for certain features and services such as operator or directory assistance, data calls or transfers, messaging, internet access and applications. **Third-Party Service Provider Billing:** Your Device can be used to purchase services and products from third-party providers and Charges for these purchases may be included on your T-Mobile bill. You can block those purchases of third-party products or services by visiting www.T-Mobile.com or calling Customer Care. **Data Usage and Messaging:** Depending upon your Rate Plan, data usage may be rounded at the end of each data session, at the end of your billing cycle, and/or at the time you switch data plans. See www.T-Mobile.com for your Rate Plan details. You will be charged for text, instant or picture messages, and email whether read or unread, sent or received, solicited or unsolicited. We use filters to block spam messages, but we do not guarantee that you will not receive spam or other unsolicited messages, and we are not liable for such messages. Additional blocking options are available at www.my.T-Mobile.com. **Wi-Fi Billing:** Billing for Wi-Fi usage will be based on the network (Wi-Fi or cellular) to which your Device was connected at the start of the call or other Service. Check your Device indicator to know if you are on a cellular or Wi-Fi network. Additional incoming and outgoing calls initiated while you are already connected to a network (e.g., call waiting, call forwarding, conference calling) are also billed based upon the network upon which the original call was initiated. Calls may drop if you move between Wi-Fi networks

or between Wi-Fi networks and a cellular network. We will bill you based on the
time at the location of the Wi-Fi network (or a nearby cell tower) if we know its
location. If we are unable to determine the location of the Wi-Fi network, we
may base the time of the call on the local time of your billing address.

11. **\* Data Plans and Other Features**. Your Device may not be able to access data,
or you may be charged for data usage on a pay per use basis, unless data
Service is included in your Rate Plan or data pass (collectively "Data
Plan"). **Additional important information about your Data Plan can be found at
https://www.t-mobile.com/responsibility/consumer-info**. **Permissible and
Prohibited Uses:** Your Data Plan is intended for Web browsing, messaging, and
similar activities on your Device and not on any other equipment. Except to the
extent explicitly permitted by your Data Plan, other uses, including for example,
using your Device as a modem or tethering your Device to a personal computer
or other hardware, are not permitted. Other examples of prohibited uses can be
found in Section 18. **Protective Measures:** To provide the majority of our
customers with a good experience and minimize capacity issues and
degradation in network performance, we may take certain steps with our
network, including, but not limited to, temporarily reducing data throughput for
a subset of customers who use a disproportionate amount of network
resources. In addition, if your total usage exceeds 5GB (amount is subject to
change without notice; please check T-Mobile's T&Cs on www.T-
Mobile.com/terms-conditions for updates), or the amount specified in your
Data Plan, during a billing cycle, we may reduce your data speed for the
remainder of that billing cycle. If you use your Data Plan in a manner that could
interfere with other customers' service, affect our ability to allocate network
capacity among customers, or degrade service quality for other customers, we
may suspend, terminate, or restrict your data sessions, or switch you to a more
appropriate Data Plan. We also manage our network to facilitate the proper
functioning of services that require consistent high speeds, such as video
calling, which may, particularly at times and in areas of network congestion,
result in reduced speeds for other services. Additionally, we may implement

other network management practices, such as caching less data, using less capacity, and sizing video more appropriately for a Device to transmit data files more efficiently. These practices operate without regard to the content itself or the source of the content, and do not discriminate against offerings that might compete against those offered by T-Mobile on the basis of such competition. While we avoid changing text, image, and video files in the compression process when practical, the process may impact the appearance of files as displayed on a device. **Downloadable Content and Applications:** Content or Applications (e.g., downloadable or networked applications, wallpapers, ringtones, games, and productivity tools) ("Content & Apps") that you can purchase with your Device may not be sold by T-Mobile. For some third party purchases, although the charges may appear on your T-Mobile bill, T-Mobile is not responsible for the Content & Apps, including download, installation, use, transmission failure, interruption, or delay, or any content or website you may be able to access through the Content & Apps. Unless otherwise stated, any support questions for these Content & Apps should be directed to the third party seller. You may be able to restrict access and certain services by implementing controls available at www.T-Mobile.com or by calling T-Mobile. When you use, download or install Content & Apps sold by a third party seller, you may be subject to license terms between you and third parties. When you use, download, or install Content & Apps that you purchase from T-Mobile, the Content & Apps are licensed to you by T-Mobile and may be subject to additional license terms between you and third parties. Whether purchased from T-Mobile or a third party, any Content & Apps you purchase are licensed for personal, lawful, non-commercial use on your Device only. You may not transfer, copy, or reverse engineer any Content & Apps, or alter, disable or circumvent any digital rights management security features embedded in the Content & Apps. Content & Apps may not be transferable from one Device to another Device. Some Devices or Content & Apps may continue to have contact with our network without your knowledge, which may result in additional Charges, for example, while roaming internationally. Software on your Device may automatically shut down or limit the use of Content & Apps or

other features or Services without warning. T-Mobile is not responsible for any third party content, advertisements, or websites you may be able to access using your Device. **Use of Information:** T-Mobile may retain, use, and share information collected when you download, use, or install some Content & Apps, may update your Content & Apps remotely, or may disable or remove any Content & Apps at any time. Refer to T-Mobile's Privacy Policy located at www.T-Mobile.com/privacy, as well as the Content's or Apps creator/owner's privacy policy for information regarding their use of information collected when you download, install, or use any third party Content & Apps. We are not responsible for any transmission failure, interruption, or delay related to Content & Apps, or any content or website you may be able to access through the Content & Apps. **Wi-Fi Calling:** You acknowledge and agree that your use of any Wi-Fi network is permissible and that you (and not T-Mobile) are solely responsible for your use. Cell Broadcasts (alerts that go to certain customers), Emergency Alerts, and Wireless Priority Service ("WPS") may not be available with Wi-Fi Calling.

12. **\* Roaming and International Calling. Roaming:** Your Device may connect to another provider's network ("Off-Net") even when you are within the T-Mobile coverage area. Check your Device to determine if you are Off-Net. There may be extra Charges (including long distance, tolls, data usage) and higher rates for Off-Net usage, depending on your Rate Plan, and your quality and availability of service may vary significantly. You must use your Device predominantly within the T-Mobile owned network coverage area. If you exceed your Rate Plan or Data plan Off-Net domestic Allotments for voice usage, data usage or messaging usage, you will be alerted and your access to Off-Net coverage may be suspended or denied. We may also limit or terminate your Service in our discretion and without prior notice if you no longer reside in a T-Mobile-owned network coverage area, if more than 50% of your voice and/or data usage is Off-Net for any three billing cycles within any 12 month period, if your Off-Net usage makes it uneconomical for T-Mobile to provide Service to you, or if related to T-Mobile's arrangements with an Off-Net

provider. **International Roaming & Dialing:** International roaming and dialing are available with some Rate Plans and on some Devices and may require an additional feature on your account. Whether roaming internationally or making and sending international calls and messages while in the U.S. (or Puerto Rico), you may be charged international rates (including for voicemails left for you and for data usage). This includes per minute rates for calls and, while roaming internationally, per minute rates for calls transferred to your voicemail and the relevant data rates for data usage. You may be charged for more than one call for unanswered calls that are forwarded to voicemail regardless of whether the calls result in an actual voicemail message being left for you and regardless of whether your phone is on or off. Some Devices and applications may incur usage and Charges while roaming. You may be able to disable these applications and features through your Device settings. Different rates and rounding increments apply in different countries. See www.T-Mobile.com for information on international access, rates, Services and coverage. While roaming internationally, your data throughput may be reduced and your Service may be otherwise limited or terminated at any time without notice.

13. **\* Taxes, Fees, and Surcharges**. **Taxes and Fees**. **You agree to pay all taxes and fees imposed by governments or governmental entities**. We may not give advance notice of changes to taxes & fees. To determine taxes & fees, we will use the street address you identified as your Place of Primary Use ("PPU"). The PPU for **Puerto Rico customers** must be in Puerto Rico. If you did not identify the correct PPU, or if you provided an address (such as a PO box) that is not a recognized street address, does not identify the applicable taxing jurisdictions or does not reflect the Service area associated with your telephone number, you may be assigned a default location for tax purposes. In the event of a disputed tax jurisdiction location or with respect to any disagreement regarding the taxes and fees assessed on your bill, you must request a tax refund within 60 days of our notification to you that the tax has been assessed. **Surcharges**. You agree to pay all Surcharges. Surcharges are not mandated by law, they are T-Mobile Charges that are collected and retained by

T-Mobile. The components and amounts of these Charges are subject to change without notice. Surcharges include, but are not limited to, charges, costs, fees and certain taxes T-Mobile incurs to provide Services (and are not government taxes or fees imposed directly on our customers that we must collect by law). Examples include general and administrative fees (such as certain costs we incur to provide Service) as well as governmental-related Surcharges (such as Federal or State Universal Service fees, regulatory fees, and gross receipts taxes). Surcharges will apply whether or not you benefit from the programs, activities or services included in the Surcharge. You can find the Surcharges in either the "Taxes, Fees & Surcharges" or the "Other Charges" section of your bill.

14. **\* Payments, Late Fees, Deposits, and Credit Checks**. If we do not receive payment in full by the due date on your bill, you may be charged a late fee of the greater of 1.5% per month (18% annually) or $5/month, subject to the maximum allowed by law. We may use a collection agency and you agree to pay collection agency fees. If we accept late or partial payments, we do not waive our right to collect all amounts you owe, including late fees. If your check, electronic funds transfer payment, including debit or Automated Clearing House payment, or any other payment is dishonored or returned, we may charge you $35, or the maximum amount allowed under applicable law. We may also require you to use another payment method, and/or immediately suspend or cancel your Service. We will not honor limiting notations you make on or with your checks. Late payment, non-payment or collection agency fees are liquidated damages intended to be a reasonable advance estimate of our costs resulting from late payments and non-payments by our customers; these costs are not readily ascertainable and are difficult to predict or calculate at the time that these fees are set. **<u>Deposits:</u>** We may require a deposit. You agree that only we can apply deposits, payments, or prepayments in any order to any amounts you owe us on any account and that you may be required to increase or replace your deposit amount. We refund deposits and final credit balances upon request, unless otherwise required by law. We pay simple interest on

deposits at the rate required by law. **<u>Credit Checks:</u>** You authorize us to obtain information about your credit history from credit-reporting agencies at any time. You understand that a credit inquiry could adversely affect your credit rating. You authorize us to report your payment record to credit-reporting agencies

**<u>Puerto Rico customers:</u>** This paragraph constitutes notice that your Service may be suspended or cancelled if you do not pay your account in full within the time stated on your bill or if your financial institution dishonors or returns a check for any reason, including for insufficient funds.

15. **\* Your Right to Dispute Charges**. Unless otherwise provided by law, you agree to notify us of any dispute regarding your bill or Charges to your account within 60 days (20 days for **Puerto Rico customers**) after the date you first receive the disputed bill or Charge. If you do not notify us of your dispute in writing within this time period, you may not pursue a claim in arbitration or in court. Except for Puerto Rico customers and unless otherwise provided by law, you must pay disputed Charges until the dispute is resolved. If you accept a credit, refund or other compensation or benefit to resolve a disputed bill or Charge, you agree that the issue is fully and finally resolved. For unresolved disputes see Section 2 above. To contact or notify us, see Section 16. This paragraph is notice to **Puerto Rico customers** that payment of undisputed Charges is due when stated on your bill, regardless of any dispute.

**<u>Puerto Rico customers:</u>** We will provide you with a determination regarding any dispute that is presented to us in accordance with this Section 15 within 15 days after we receive it. You will have 20 days from the mailing date of the notification to request reconsideration of our determination's result. You may appeal our resolution's determination to the Telecommunications Board of the Commonwealth of Puerto Rico ("Telecommunications Board") by filing a petition for review up to 30 days after the date of our determination. Your petition for review shall be made through the filing of a document containing

the following information: (a) your name and address; (b) our company name; (c) the pertinent facts; (d) any applicable legal provisions that you are aware of; and (e) the remedy you are requesting. The document may be filed handwritten or typewritten, and must be signed by you. You must send us a copy of your document to the following address: 654 Muñoz Rivera Avenue, Suite 2000, Hato Rey, Puerto Rico 00918, Attn: Customer Care Manager. You must send your petition for review to the Telecommunications Board at the following address: 500 Ave. Roberto H. Todd (Pda. 18 - Santurce), San Juan, Puerto Rico 00907-3941. The Telecommunications Board will review our determination only on appeal. You are advised of the provisions regarding suspension of Service that appear in Law 33 of July 7, 1985, Law 213 of September 12, 1996 and Regulation 8065 promulgated by the Telecommunications Board. You are also advised of Regulation 5939 of March 12, 1999 promulgated by the Telecommunications Board regarding the procedures for customer's dispute resolution and suspension of Services.

16. **\* Notices and Customer Communications.** You expressly consent to be contacted, by T-Mobile or anyone calling on its behalf, for any and all purposes, at any telephone number, or physical or electronic address where you may be reached, including any wireless telephone number. You agree that T-Mobile may contact you in any way, including, pre-recorded or artificial voice or text messages delivered by an automatic telephone dialing system, or e-mail messages delivered by an automatic e-mailing system. You agree that we also have the consent to contact any authorized users on your account in any manner set forth in this Section. You expressly acknowledge that this consent cannot be revoked without prior written agreement and acceptance by us. Notices from us to you are considered delivered when we send them to your Device or by email or fax to any email or fax number you provided to us, or 3 days after mailing to your billing address. For multi-line accounts, a "Primary Telephone Number" may be assigned to your account for the purpose of receiving notices from us, as well as for other purposes. If you would like to designate a Primary Telephone Number, please contact T-Mobile. Your consent

to be contacted may be revoked only if it is in writing and is with T-Mobile's express agreement.

You may contact our Customer Care department at www.T-Mobile.com, by calling 1-877-453-1304 or 611 from your Device, or by writing to: T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380. **Puerto Rico customers** must direct notices to: T-Mobile Customer Relations, 654 Muñoz Rivera Avenue, Suite 2000, Hato Rey, Puerto Rico 00918, Attn: Customer Care Manager. Notices from you to us are considered delivered when you send an email or 3 days after mailing to the addresses above.

To begin arbitration or other legal proceeding, you must serve our registered agent. Our registered agent is Corporation Service Company and can be contacted at 1-866-403-5272. For **Puerto Rico customers**, our registered agent is The Prentice-Hall Corporation System, Puerto Rico, Inc. c/o and can be contacted at FGR Corporate Services, Inc., Oriental Building, Suite P-1, 254, Muñoz Rivera Avenue, San Juan, Puerto Rico, 00918, phone: 1-800-927-9801.

17. **\* Lost or Stolen Devices**. You agree to notify us if your Device is lost or stolen. Once you notify us, we will suspend your Service. After your Service is suspended, you will not be responsible for additional usage charges incurred in excess of your Rate Plan Charges, applicable taxes, fees, and Surcharges. If you request that we not suspend your Service, you will remain responsible for all usage, Charges incurred, and applicable taxes and fees. We may prevent a lost or stolen Device from registering on our and other networks. **<u>California customers</u>**: For Charges incurred before you notify us, you are not liable for Charges you did not authorize, but the fact that your Device or Account was used is some evidence of authorization. You may request us to investigate Charges you believe were unauthorized. We may ask you to provide information and you may submit information to support your request. If we determine the Charges were unauthorized, we will credit your account. If we

determine the Charges were authorized, we will inform you within 30 days and you will remain responsible for the Charges. **Even if your Device is lost or stolen, you must fulfill the remainder of your Term or the Early Termination Fee, if applicable, will apply.**

18. **\* Misuse of Service or Device**. By activating or renewing Service with T-Mobile, you agree that you do so because you want Service from T-Mobile and not for any other purposes. You agree not to misuse the Service or Device, including but not limited to: (a) reselling or rebilling our Service; (b) using the Service or Device to engage in unlawful activity, or in conduct that adversely affects our customers, employees, business, or any other person(s), or that interferes with our operations, network, reputation, or ability to provide quality service, including, but not limited to, the generation or dissemination of viruses, malware or "denial of service" attacks; (c) using the Service as a substitute or backup for private lines or dedicated data connections; (d) tampering with or modifying your T-Mobile Device; (e) "spamming" or engaging in other abusive or unsolicited communications, or any other mass, automated voice or data communication for commercial or marketing purposes; (f) reselling T-Mobile Devices for profit, or tampering with, reprogramming or altering T-Mobile Devices for the purpose of reselling the T-Mobile Device; (g) using the Service in connection with server devices or host computer applications, including continuous Web camera posts or broadcasts, automatic data feeds, automated machine-to-machine connections or peer-to-peer (P2P) file-sharing applications that are broadcast to multiple servers or recipients, "bots" or similar routines that could disrupt net user groups or email use by others or other applications that denigrate network capacity or functionality; (h) accessing, or attempting to access without authority, the information, accounts or devices of others, or penetrate, or attempt to penetrate, T-Mobile's or another entity's network or systems; (i) running software or other devices that maintain continuously active Internet connections when a computer's connection would otherwise be idle, or "keep alive" functions (e.g. using a Data Plan for Web broadcasting, operating servers, telemetry devices and/or supervisory control

and data acquisition devices); or (j) assisting or facilitating anyone else in any
of the above activities. Unless authorized by T-Mobile, you agree that you won't
install, deploy, or use any regeneration equipment or similar mechanism (for
example, a repeater or signal booster) to originate, amplify, enhance, retransmit
or regenerate a transmitted RF signal and, unless authorized by T-Mobile, you
agree that you will not use a telephone number on the T-Mobile network for any
purpose but for access to the public switched telephone network. You agree
that a violation of this section harms T-Mobile, which cannot be fully redressed
by money damages, and that T-Mobile shall be entitled to immediate injunctive
relief in addition to all other remedies available.

19. **Our Rights to Limit or End Service or the Agreement**. WE MAY LIMIT,
SUSPEND OR TERMINATE YOUR SERVICE OR AGREEMENT WITHOUT
NOTICE FOR ANY REASON, INCLUDING, WITHOUT LIMITATION, if you, any
user of your Device, or any user on your account: (a) breaches the Agreement;
(b) incurs Charges greater than any billing or credit limitation on your account
(even if we haven't yet billed the Charges); (c) provides inaccurate information
or credit information we can't verify; (d) lives in an area where we don't provide
Service, more than 50% of your voice and/or data usage is Off-Net for any
three billing cycles within any 12 month period, your Off-Net usage makes it
uneconomical for T-Mobile to provide Service to you, or relating to T-Mobile's
arrangements with an Off-Net provider; (see Section 12); (e) transfer(s) Service
to another person without our consent; (f) becomes insolvent, goes bankrupt
or threatens bankruptcy (except as prohibited by law); (g) misuses your Service
or Device as described in Section 18, above; (h) uses your Service or Device in
a manner that is excessive, unusually burdensome, or unprofitable to us; or (i)
are on a Rate Plan that we determine is no longer available to you. We may
impose credit, usage or other limits to your Service, suspend your Service, or
exclude certain types of calls, messages or sessions (such as international,
900 or 976 calls), in our sole discretion and without notice. If we limit, suspend
or terminate your Service and later reinstate your Service, you may be charged
a fee. This paragraph constitutes notice to **Puerto Rico customers** that your

Service may be suspended or cancelled if you engage in any of the foregoing actions in Sections 18 and 19, including, but not limited to, failing to pay your bill when due, in accordance with the Puerto Rico Suspension Regulation 5940 of March 12, 1999, promulgated by the Telecommunications Board where applicable, or in T-Mobile's sole discretion. If your Service or account is limited, suspended or terminated and then reinstated, you will be charged a reactivation fee.

20. **\* Intellectual Property**. You agree not to infringe, misappropriate, dilute or otherwise violate the intellectual property rights of T-Mobile or any third party. Except for a limited license to use the Services, your purchase of Services and T-Mobile Devices (or other Devices) does not grant you any license to copy, modify, reverse engineer, download, redistribute, or resell the intellectual property of T-Mobile or others related to the Services and T-Mobile Devices (or other Devices); this intellectual property may be used only with T-Mobile Service unless expressly authorized by T-Mobile. You agree that a violation of this section harms T-Mobile, which cannot be fully redressed by money damages, and that T-Mobile shall be entitled to immediate injunctive relief in addition to all other remedies available. In conjunction with our rights under Section 19, it is T-Mobile's policy, in appropriate circumstances and in its sole judgment, to suspend or terminate the Service of any subscriber, account holder or user who is deemed to be a repeat or blatant infringer of copyrights. For more information see https://www.t-mobile.com/responsibility/legal/copyright (www.T-Mobile.com.pr/DMCA.htm for **Puerto Rico** and https://es.t-mobile.com/responsibility/legal/copyright for T-Mobile's Spanish website).

21. **Digital Millennium Copyright Act ("DMCA") Notice.** If you believe that material residing on our system or network infringes the copyright of you or the copyright of a person or entity for whom you are authorized to act, notify our Designated agent by using the notice procedure under the DMCA and described at https://www.t-mobile.com/responsibility/legal/copyright

(http://www.t-mobile.com.pr/DMCA.htm for Puerto Rico and https://es.t-mobile.com/responsibility/legal/copyright for T-Mobile's Spanish website). After receiving notice, we may remove or disable access to any infringing material as provided for in the DMCA. T-Mobile's Designated Agent is: Christina Kirkpatrick, 12920 S.E. 38th Street, Bellevue, WA 98006; copyrightagent@t-mobile.com; phone: 425-383-4000. There are substantial penalties for sending false notices.

22. **\* Privacy Information.** Our Privacy Policy describes how we collect, use and share information related to your use of our Service and is available online at www.T-Mobile.com/privacy. We may change our Privacy Policy at any time to provide updates to or clarification of our practices. You should refer to our Privacy Policy often for the latest information and the effective date of any changes. In addition, data on your Device may automatically be stored on your SIM card, Device or our network. Your data may remain on the Device even if your SIM card is removed. The data left on your Device will be accessible to others who use your Device, and may be deleted, altered, or transferred to our network servers.

Some Devices automatically upload stored information (such as your address book, ringtones, or other data) to T-Mobile network servers. You may choose not to use this service by contacting Customer Care; however, your Device will continue to upload your information to our servers but T-Mobile will not retain the information. Not using this service may result in the loss of functionality or the availability of certain services or features, and the permanent loss of information stored on a lost or stolen Device. You or T-Mobile may be able to remotely access or delete information stored on your Device or on www.my.T-Mobile.com.

23. **\* Disclaimer of Warranties**. EXCEPT FOR ANY WRITTEN WARRANTY THAT MAY BE PROVIDED WITH A T-MOBILE DEVICE YOU PURCHASE FROM US, AND TO THE EXTENT PERMITTED BY LAW, THE SERVICES AND DEVICES

ARE PROVIDED ON AN "AS IS" AND "WITH ALL FAULTS" BASIS AND WITHOUT WARRANTIES OF ANY KIND. WE MAKE NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE CONCERNING YOUR SERVICE OR YOUR DEVICE. WE CAN'T PROMISE UNINTERRUPTED OR ERROR-FREE SERVICE AND DON'T AUTHORIZE ANYONE TO MAKE ANY WARRANTIES ON OUR BEHALF. THIS DOESN'T DEPRIVE YOU OF ANY WARRANTY RIGHTS YOU MAY HAVE AGAINST ANYONE ELSE. WE DO NOT GUARANTEE THAT YOUR COMMUNICATIONS WILL BE PRIVATE OR SECURE; IT IS ILLEGAL FOR UNAUTHORIZED PEOPLE TO INTERCEPT YOUR COMMUNICATIONS, BUT SUCH INTERCEPTIONS CAN OCCUR.

24. **\* Waivers and Limitations of Liability. UNLESS PROHIBITED BY LAW, WE EACH AGREE TO LIMIT CLAIMS FOR DAMAGES OR OTHER MONETARY RELIEF AGAINST EACH OTHER TO DIRECT AND ACTUAL DAMAGES REGARDLESS OF THE THEORY OF LIABILITY. THIS MEANS THAT NEITHER OF US WILL SEEK ANY INDIRECT, SPECIAL, CONSEQUENTIAL, TREBLE, OR PUNITIVE DAMAGES FROM THE OTHER. THIS LIMITATION AND WAIVER ALSO APPLIES TO ANY CLAIMS YOU MAY BRING AGAINST ANY OTHER PARTY TO THE EXTENT THAT WE WOULD BE REQUIRED TO INDEMNIFY THAT PARTY FOR SUCH CLAIM. YOU AGREE WE ARE NOT LIABLE FOR PROBLEMS CAUSED BY YOU OR A THIRD PARTY. EXCEPT TO THE EXTENT PROHIBITED BY LAW, ALL CLAIMS MUST BE BROUGHT WITHIN 2 YEARS OF THE DATE THE CLAIM ARISES.**

25. **\* Indemnification**. You agree to defend, indemnify, and hold us harmless from any claims arising out of use of the Service or Devices, breach of the Agreement, or violation of any laws or regulations or the rights of any third party by you, any person on your account or that you allow to use your Service or Device.

26. **\* Enforceability and Assignment**. A waiver of any part of the Agreement in one instance is not a waiver of any other part or any other instance and must be expressly provided in writing. If we don't enforce our rights under any provisions of the Agreement, we may still require strict compliance in the future. Except as provided in Section 2, if any part of the Agreement is held invalid that part may be severed from the Agreement. You can't assign the Agreement or any of your rights or duties under it without our written consent. We may assign all or part of the Agreement or your debts to us without notice. The Agreement is the entire agreement between us and defines all of the rights you have with respect to your Service or Device, except as provided by law, and you cannot rely on any other documents or statements by any sales, service representatives or other agents. If you purchase a Device, services or content from a third party, you may have a separate agreement with the third party; T-Mobile is not a party to that agreement. The original version of the Agreement is in English. To the extent there are conflicts between the English version and any other language version, the English version will control. Any determination made by us pursuant to this Agreement, shall be in our sole reasonable discretion. Paragraphs marked "\*" continue after termination of our Agreement with you.

27. **\* Choice of Law**. This Agreement is governed by the Federal Arbitration Act, applicable federal law, and the laws of the state in which your billing address in our records is located, without regard to the conflicts of laws rules of that state. Foreign laws (except for Puerto Rico) do not apply. Arbitration or court proceedings must be in: (a) the county and state in which your billing address in our records is located, but not outside the U.S.; or (b) in Puerto Rico if your billing address is in Puerto Rico. If any provision of the Agreement is invalid under the law of a particular jurisdiction, that provision will not apply in that jurisdiction.

28. **Additional Terms for T-Mobile Prepaid Customers**. Your T-Mobile Prepaid Service account balance, if sufficient, or your active prepaid plan gives you

access to T-Mobile Prepaid Service for a limited amount of time; you must use your T-Mobile Prepaid Service during the designated period of availability. To use T-Mobile Prepaid Service you must have a T-Mobile Prepaid Service account balance for pay as you go service or be on an active prepaid plan. Service will be suspended when your account balance reaches zero; and/or you are at the end of the time period associated with your prepaid plan. Monthly plan features are available for 30 days, however, depending on the time of day that you activate your Service or that your Service expires, your service cycle may not equal 30 full 24 hour days. Your monthly plan will be automatically renewed at the end of 30 days if you have a sufficient T-Mobile Prepaid Service account balance to cover your T-Mobile Prepaid Service plan before the first day after your service cycle. If you do not have a sufficient T-Mobile Prepaid Service account balance, your Prepaid Service will be suspended unless you move to a pay as you go plan. If you do not reinstate Prepaid Service within the required period based upon your service plan, your phone number will be reallocated. The Charges for Service and the amount of time that Service is available following activation of your Prepaid Service account balance may vary; see www.T-Mobile.com for more information. Prepaid Service is non-refundable (even if returned during the Cancellation Period), and no refunds or other compensation will be given for unused airtime balances, lost or stolen prepaid cards, or coupons. You will not have access to detailed usage records or receive monthly bills. Coverage specific to T-Mobile Prepaid Service may be found at www.T-Mobile.com and differs from coverage related to T-Mobile's postpaid Service. If you purchase a T-Mobile Device that is sold for use on T-Mobile Prepaid Service, you agree that you intend it to be activated on our Service, and do not intend to, and will not, resell, modify and/or export the T-Mobile Devices, or assist someone in these activities.



**Contact us**                                                                                    +

**Support**                                                                                       +

**T-Mobile for Business**                                                                         +