# Exhibit 20

**LEGAL CENTER**

# Terms and Conditions

Effective July 24, 2011.

**Return to current Terms & Conditions >**

Your agreement with T-Mobile USA, Inc., including its affiliates, assignees, and agents ("T-Mobile") includes these Terms and Conditions ("T&Cs"), your Service Agreement, applicable supplemental terms and conditions, and your Rate Plan terms, which are available at www.T-Mobile.com (collectively "Agreement"). Your Rate Plan includes your monthly Service allotments for minutes, messages or data ("Allotments"), rates, coverage and other terms ("Rate Plan"). To the extent any term in your Rate Plan expressly conflicts with these T&Cs, the term in your Rate Plan will govern. **Your Agreement applies to each line of Service, although different T&Cs may apply to different lines of Service on your account.**

**Please read these T&Cs carefully**. They cover important information about T-Mobile services provided to you ("Service"); your phone, handset, device, SIM card, data card, or other equipment or third party device used with our Service

("Device"); and any access and usage charges, taxes, fees and other charges we bill you or that were accepted or processed through your Device ("Charges"). **These T&Cs include fees for early termination, Rate Plan changes, and late payments, limitations of liability, privacy, and resolution of disputes by arbitration instead of in court**.

You and any authorized users on your account will have access to account information and may be able to make changes to the account. **If you give your personal account validation information to someone, they can access and make changes to your account**. Those changes will be binding on you. Authorized changes may require your agreement to a new minimum term and/or new T&Cs.

1. **Acceptance. YOUR AGREEMENT WITH T-MOBILE STARTS WHEN YOU ACCEPT**. You represent that you are at least 18 years old (21 years old or legally emancipated if you are a Puerto Rico customer) and you are legally authorized to enter into this Agreement. You accept your Agreement by doing any of the following: (a) giving us a written or electronic signature, or telling us orally that you accept; (b) activating Service; (c) using your Service after you make a change or addition; (d) paying for the Service or a "T-Mobile Device" (a Device purchased from T-Mobile, a T-Mobile dealer, or other T-Mobile authorized retailer ("Dealer")); or (e) opening the T-Mobile Device box or failing to activate Service within 30 days after the purchase of your T-Mobile Device, unless returned within the Cancellation Period (as defined in Section 4). **IF YOU DON'T WANT TO ACCEPT, DON'T DO ANY OF THESE THINGS.**

2. **\* Dispute Resolution and Arbitration. WE EACH AGREE THAT, EXCEPT AS PROVIDED BELOW (AND EXCEPT AS TO PUERTO RICO CUSTOMERS), ANY AND ALL CLAIMS OR DISPUTES IN ANY WAY RELATED TO OR CONCERNING THE AGREEMENT, OUR SERVICES, DEVICES OR PRODUCTS, INCLUDING ANY BILLING DISPUTES, WILL BE RESOLVED BY BINDING ARBITRATION, RATHER THAN IN COURT**. This includes any claims against other parties

relating to Services or Devices provided or billed to you (such as our suppliers, Dealers or third party vendors) whenever you also assert claims against us in the same proceeding. We each also agree that the Agreement affects interstate commerce so that the Federal Arbitration Act and federal arbitration law apply (despite the choice of law provision in Section 27). THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. THE ARBITRATOR MUST FOLLOW THIS AGREEMENT AND CAN AWARD THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING ATTORNEYS' FEES).

For all disputes (except for Puerto Rico customers), whether pursued in court or arbitration, you must first give us an opportunity to resolve your claim by sending a written description of your claim to the address in Section 16 below. We each agree to negotiate with each other in good faith about your claim. If we do not resolve the claim within 60 days after we receive this claim description, you may pursue your claim in arbitration. You may pursue your claim in a court only under the circumstances described below. We each agree that if you fail to timely pay amounts due, we may assign your account for collection, and the collection agency may pursue in court claims limited strictly to the collection of the past due amounts and any interest or cost of collection permitted by law or the Agreement.

Notwithstanding the above, **YOU MAY CHOOSE TO PURSUE YOUR CLAIM IN COURT AND NOT BY ARBITRATION if: (a) your claim qualifies, you may initiate proceedings in small claims court; or (b) YOU OPT OUT OF THESE ARBITRATION PROCEDURES WITHIN 30 DAYS FROM THE DATE YOU ACTIVATED SERVICE FOR THE RELEVANT LINE (the "Opt Out Deadline").** You must opt out by the Opt Out Deadline for each line of Service. You may opt out of these arbitration procedures by calling 1-866-323-4405 or completing the opt-out form located at www.T-Mobiledisputeresolution.com. **Any opt-out received after the Opt Out Deadline will not be valid and you must pursue**

your claim in arbitration or small claims court.

**If the arbitration provision applies or you choose arbitration to resolve your disputes, then either you or we may start arbitration proceedings**. You must send a letter requesting arbitration and describing your claim to our registered agent (see Sec. 16) to begin arbitration. The American Arbitration Association ("AAA") will arbitrate all disputes. For claims of less than $75,000, the AAA's Supplementary Procedures for Consumer-Related Disputes will apply; for claims over $75,000, the AAA's Commercial Arbitration Rules will apply. The AAA rules are available at www.adr.org or by calling 1-800-778-7879. Upon filing of the arbitration demand, we will pay all filing, administration and arbitrator fees for claims that total less than $75,000. For claims that total more than $75,000, the payment of filing, administration and arbitrator fees will be governed by the AAA Commercial Arbitration Rules. An arbitrator may award on an individual basis any relief that would be available in a court, including injunctive or declaratory relief and attorneys' fees. In addition, for claims under $75,000 as to which you provided notice and negotiated in good faith as required above before initiating arbitration, if the arbitrator finds that you are the prevailing party in the arbitration, you will be entitled to a recovery of reasonable attorneys' fees and costs. Except for claims determined to be frivolous, T-Mobile agrees not to seek an award of attorneys' fees in arbitration even if an award is otherwise available under applicable law. **Puerto Rico customers**: Refer to Section 15 for details of the Puerto Rico Telecommunications Dispute Procedure.

**CLASS ACTION WAIVER**. **WE EACH AGREE THAT ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A MEMBER IN A CLASS, CONSOLIDATED OR REPRESENTATIVE ACTION.** If a court or arbitrator determines in an action between you and us that this waiver is unenforceable, the arbitration agreement will be void as to you. **If you chose to pursue your claim in court by**

opting out of the arbitration provision as specified above, this Class Action Waiver provision will not apply to you. Neither you, nor any other customer, can be a class representative, class member, or otherwise participate in a class, consolidated, or representative proceeding without having complied with the opt out requirements above.

**JURY TRIAL WAIVER**. If a claim proceeds in court rather than through arbitration, **WE EACH WAIVE ANY RIGHT TO A JURY TRIAL**.

3. **\* Your Term of Service and Early Termination Fees**. Your "Term" is the period of time for which you have agreed to maintain Service with us. Periods of suspension of Service do not count toward your Term. After your Term, you will become a month-to-month customer. Except for month-to-month customers, **AN EARLY TERMINATION FEE WILL APPLY TO EACH LINE OF SERVICE IF YOU DO NOT MAINTAIN YOUR AGREED-UPON SERVICES THROUGH THE END OF YOUR TERM FOR THAT LINE OF SERVICE, OR IF WE TERMINATE YOUR SERVICE EARLY (see Section 19). THE EARLY TERMINATION FEE IS: $200 IF TERMINATION OCCURS WITH MORE THAN 180 DAYS REMAINING ON YOUR TERM; $100 IF TERMINATION OCCURS WITH 91 TO 180 DAYS REMAINING ON YOUR TERM; $50 IF TERMINATION OCCURS WITH 31 TO 91 DAYS REMAINING ON YOUR TERM; AND THE LESSER OF $50 OR YOUR MONTHLY RECURRING CHARGES (including any applicable taxes and fees) IF TERMINATION OCCURS IN THE LAST 30 DAYS OF YOUR TERM**. Some Devices require maintaining certain features or Services (e.g. a data plan) as part of your Rate Plan, and cancelling them before the end of your Term will result in an Early Termination Fee. **The Early Termination Fee is part of our rates and is not a penalty**. The Early Termination Fee applies only to the extent permitted by law. If you terminate your Service, your termination will be effective at the end of your current billing cycle, and you will remain responsible for all fees and Charges for your Service and usage through the end of that billing cycle. If we terminate your Service, we will determine the date of termination, and you will be responsible for all

Terms and Conditions | T-Mobile

usage and Charges through the date of termination. You can request that we port your number to another carrier, and Service for that number will be terminated when the porting is complete. If you port your number, you will be responsible for all usage and Charges through the end of your current billing cycle. If you bought your wireless Device from a Dealer, they may charge a separate fee associated with cancellation.

4. **\* Cancellation and Returns**. <u>**Service Cancellation**</u>:

You can cancel a new line of Service without paying an Early Termination Fee if you cancel **WITHIN 14 DAYS** of activating a new line of Service (30 days in California; other states may differ - ask your sales representative) ("Cancellation Period"). You remain responsible for all Charges incurred through the date of cancellation. To cancel Service during the Cancellation Period, you may be required to go to the place where you activated Service and return any T-Mobile Device you acquired at the time of activation. You must return your T-Mobile Device in its package with all original contents, undamaged and in good working condition with no material alterations to the Device's hardware or software. If you do not return your T-Mobile Device or if you return your T-Mobile Device in a damaged, altered or destroyed condition, we may take one or more of the following actions: (a) prevent your T-Mobile Device from working on any network; (b) charge you the Early Termination Fee; (c) elect not to process your Service cancellation; or (d) charge you the suggested retail price or the cost to repair a T-Mobile Device, (which may be greater than the price you paid), plus any shipping and handling charges. <u>**Device Refunds and Restocking Fees:**</u> For T-Mobile Device and accessory returns and exchanges, see the applicable return policy, which is available at your place of purchase. Some T-Mobile Devices and accessories may not be refunded or exchanged, and you may be required to pay a restocking fee.

5. **Changes to Your Service**. You may be unable to change your Rate Plan, including services and features associated with your Rate Plan. You may request to change to another Rate Plan during your Term, and if we authorize

Terms and Conditions | T-Mobile

the change, you may be charged a migration fee of up to $200 for each line of service, and you may continue to be bound to your existing Term or an extended Term. The amount of the migration fee will decrease as the time remaining on your Term decreases. For specific information about changing your Rate Plan, including migration fee details, call T-Mobile.

6. **Our Rights to Make Changes**. This provision, which describes how changes may be made to your Agreement, is subject to requirements and limitations imposed by applicable law, and will not be enforced to the extent prohibited by law. Your Service is subject to our business policies, practices, and procedures, which we can change without notice. WE CAN CHANGE ANY TERMS IN THE AGREEMENT AT ANY TIME. YOU MAY CANCEL THE AFFECTED LINE OF SERVICE WITHOUT AN EARLY TERMINATION FEE (if applicable) IF: (A) WE CHANGE YOUR PRICING IN A MANNER THAT MATERIALLY INCREASES YOUR MONTHLY RECURRING CHARGE(S) (the amount you agreed to pay each month for voice, data and messaging, which does not include overage, pay-per-use or optional services (such as 411, or downloads), or taxes and fees); (B) WE MATERIALLY DECREASE THE SERVICE ALLOTMENTS WE AGREED TO PROVIDE TO YOU FOR YOUR MONTHLY RECURRING CHARGE; OR (C) WE MATERIALLY CHANGE A TERM IN THESE T&Cs OTHER THAN PRICING IN A MANNER THAT IS MATERIALLY ADVERSE TO YOU. WE WILL PROVIDE YOU WITH AT LEAST 30 DAYS' NOTICE OF ANY CHANGE WARRANTING CANCELLATION OF THE AFFECTED LINE OF SERVICE WITHOUT AN EARLY TERMINATION FEE (WHICH IS YOUR ONLY REMEDY), AND YOU MUST NOTIFY US WITHIN 14 DAYS AFTER YOU RECEIVE THE NOTICE, OR AS OTHERWISE PROVIDED IN THE NOTICE. IF YOU FAIL TO TERMINATE WITHIN THE RELEVANT TIMEFRAME, YOU ACCEPT THE CHANGES.

7. **\* Your Wireless Device & Compatibility with Other Networks**. Your T-Mobile Device may not be compatible with the network and services provided by another service provider. You may buy a Device from us or someone else, but it

must, as solely determined by T-Mobile, be compatible with, and not potentially harm, our network. Some T-Mobile features will be available only on T-Mobile Devices purchased from us. A T-Mobile Device is designed to be used only with T-Mobile Service. You may be eligible to have your T-Mobile Device reprogrammed to work with another carrier, but you must contact us to do so. Not all T-Mobile Devices are capable of being reprogrammed. T-Mobile reserves the right to prevent your Device from being used on our network. At times we may remotely change software, systems, applications, features or programming on your Device without notice to address security, safety or other issues that impact the T-Mobile network or your Device. These changes will modify your Device and may affect or erase data you have stored on your Device, the way you have programmed your Device, or the way you use your Device. We may offer you changes to systems, applications, features or programming remotely to your Device; you will not be able to use your Device during the installation of the changes even for emergencies.

8. **Service Availability**. Coverage maps only approximate our anticipated wireless coverage area outdoors; actual Service area, coverage and quality may vary and change without notice depending on a variety of factors including network capacity, terrain and weather. Outages and interruptions in Service may occur, and speed of Service varies. You agree we are not liable for problems relating to Service availability or quality.

9. **Important Emergency and 9-1-1 Information and Emergency Alerts**. When making a 9-1-1 call, always state the nature of your emergency and provide both your location and phone number, as the operator may not automatically receive this information. **T-Mobile is not responsible for failures to connect or complete 9-1-1 calls or if inaccurate location information is provided. 9-1-1 service may not be available or reliable and your ability to receive emergency services may be impeded.** We may use a variety of information and methods to determine the location of a 9-1-1 call, including Global Positioning Satellites, our wireless network, the street address you have provided us as your primary

use location ("Primary Address"), or the location of a T-Mobile HotSpot. Even with this information, an emergency operator may not be able to locate you in order to provide emergency services. Other third party entities are involved in connecting a 9-1-1 call and T-Mobile does not determine the public safety agency to which your 9-1-1 call is routed. If you are porting a phone number to or from us, we may not be able to provide you with some Services, such as 9-1-1 location services, while the port is being implemented. If you dial 9-1-1 while outside the U.S., 9-1-1 services may not be available. **<u>Wi-Fi and 9-1-1 Service:</u>** 9-1-1 service using Wi-Fi uses the internet and operates differently than traditional 9-1-1. For example, 9-1-1 service may not work during power or internet (e.g., cable service) outages or disruptions or if your internet or T-Mobile Service are suspended. Location information when using Wi-Fi may be limited or unavailable. You must provide us with a Primary Address. If the location at which you primarily use Wi-Fi changes, either temporarily or permanently, you must register the new address via www.my.T-Mobile.com or by contacting T-Mobile's Customer Care; it may take 24 hours or more to update the address information. If you do not give us a Primary Address, we may block your usage of certain Wi-Fi networks. When you call over Wi-Fi away from your Primary Address, we may have no or very limited information about your location. **<u>Emergency Alerts.</u>** T-Mobile has chosen to offer wireless emergency alerts, within portions of its coverage area, on wireless alert capable Devices. There is no additional charge for these wireless emergency alerts. For details on the availability of this service and wireless emergency alert capable Devices, please visit www.T-Mobile.com.

10. **\* Billing. You agree to pay all Charges we bill you or that were accepted or processed through your Device**. For disputed Charges, see Section 15. You agree to provide us with accurate and complete billing information and to report all changes within 30 days of the change. We round up any fraction of a minute to the next full minute. Airtime usage is measured from the time the network begins to process a call (before the phone rings or the call is answered) through its termination of the call (after you hang up). Unless

otherwise specified in your Rate Plan, the rate for a call (such as nights and weekend rates) is determined by the time the call starts, and that rate applies to the entire call. If we cannot determine the time of your call, we may base the time on the local time associated with your billing address. For some products, such as FlexPay and Prepaid, each minute of a call will be billed according to the time or day applicable to that minute (for example, different rates may apply in one call if the call extends into nights or weekends). T-Mobile-to-T-Mobile calls are those made between T-Mobile customers using their Devices while on the T-Mobile network (and not off-network or roaming on affiliate networks). You may be charged for more than one call/message when you use certain features resulting in multiple inbound or outbound calls/messages (such as call forwarding, call waiting, voicemail, conference calling, and multi-party messaging). Most usage and Charges incurred during a billing cycle will be included in your bill for that cycle. Some usage and Charges may be delayed to a later billing cycle, which may cause you to exceed Rate Plan Allotments in a later billing cycle. Unused Rate Plan Allotments expire at the end of your billing cycle. Airtime usage applies to all calls processed through your Device, including toll-free, operator-assisted, voice mail, call forwarding and calling card calls. You may be billed additional Charges or fees for certain features and services such as operator or directory assistance, data calls or transfers, messaging, internet access and applications. **Third-Party Service Provider Billing:** Your Device can be used to purchase services and products from third-party providers (e.g., games, apps, ringtones, etc.) and Charges for these purchases may be included on your T-Mobile bill. You can block those purchases of third-party products or services by visiting www.T-Mobile.com or calling T-Mobile. **Data Usage and Messaging:** Data usage is rounded up to the next full-kilobyte increment at the end of each data session. At the end of your billing cycle, or at the time you switch data plans, your total kilobytes are then rounded up to the next megabyte. There are 1,024 kilobytes in one megabyte. You will be charged for text, instant or picture messages, and email whether read or unread, sent or received, solicited or unsolicited. We use filters to block spam messages, but we do not guarantee that you will not receive spam or

other unsolicited messages, and we are not liable for such messages. Additional blocking options are available at www.my.T-Mobile.com. **<u>Wi-Fi Billing:</u>** Billing for Wi-Fi usage will be based on the network (Wi-Fi or cellular) to which your Device was connected at the start of the call or other Service. Check your Device indicator and manual to know if you are on a cellular or Wi-Fi network. Additional incoming and outgoing calls initiated while you are already connected to a network (e.g., call waiting, call forwarding, conference calling) also are billed based upon the network upon which the original call was initiated. Calls may drop if you move between Wi-Fi networks or between Wi-Fi networks and a cellular network. We will bill you based on the time at the location of the Wi-Fi network (or a nearby cell tower) if we know its location. If we are unable to determine the location of the Wi-Fi network, we may base the time of the call on the local time of your billing address, which can affect the designation of your calls such as a night or weekend call.

11. **\* Data Plans and Other Features**. You will be charged for data usage on a pay per use basis unless you are required to maintain a data plan ("Data Plan") as part of your Service, or as otherwise provided by your Rate Plan or prepaid data pass. **<u>Permissible and Prohibited Uses</u>**: Your Data Plan is intended for Web browsing, messaging, and similar activities on your Device and not on any other equipment. Unless explicitly permitted by your Data Plan, other uses, including for example, using your Device as a modem or tethering your Device to a personal computer or other hardware, are not permitted. Other examples of prohibited uses can be found in Section 18. **<u>Protective Measures</u>**: To provide a good experience for the majority of our customers and minimize capacity issues and degradation in network performance, we may take measures including temporarily reducing data throughput for a subset of customers who use a disproportionate amount of bandwidth. In addition, if your total usage exceeds 5GB (amount is subject to change without notice; please check T-Mobile's T&Cs on www.T-Mobile.com for updates) during a billing cycle, we may reduce your data speed for the remainder of that billing cycle. If you use your Data Plan in a manner that could interfere with other

customers' service, affect our ability to allocate network capacity among customers, or degrade service quality for other customers, we may suspend, terminate, or restrict your data session, or switch you to a more appropriate Data Plan. We also manage our network to facilitate the proper functioning of services that require consistent high speeds, such as video calling, which may, particularly at times and in areas of network congestion, result in reduced speeds for other services. Additionally, we may implement other network management practices, such as caching less data, using less capacity, and sizing video more appropriately for a Device to transmit data files more efficiently. These practices are agnostic to the content itself and to the websites that provide it. While we avoid changing text, image, and video files in the compression process when practical, the process may impact the appearance of files as displayed on your Device. **Downloadable Content and Applications:** Content or Applications (e.g., downloadable or networked applications, wallpapers, ringtones, games, and productivity tools) ("Content & Apps") that you can purchase with your Device may not be sold by T-Mobile. For some third party purchases, although the charges may appear on your T-Mobile bill, T-Mobile is not responsible for the Content & Apps, including download, installation, use, transmission failure, interruption, or delay, or any content or website you may be able to access through the Content & Apps. Unless otherwise stated, any support questions for these Content & Apps may be directed to the third party seller. You may be able to restrict access and certain services by implementing controls available at www.T-Mobile.com or by calling T-Mobile. When you use, download or install Content & Apps sold by a third party seller, you may be subject to license terms between you and third parties. When you use, download, or install Content & Apps that you purchase from T-Mobile, the Content & Apps are licensed to you by T-Mobile and may be subject to additional license terms between you and third parties. Whether purchased from T-Mobile or a third party, any Content & Apps you purchase are licensed for personal, lawful, non-commercial use on your Device only. You may not transfer, copy, or reverse engineer any Content & Apps, or alter, disable or circumvent any digital rights management security features

embedded in the Content & Apps. Content & Apps may not be transferable from one Device to another Device. Some Devices or Content & Apps may continue to have contact with our network without your knowledge, which may result in additional Charges, for example, while roaming internationally. Software on your Device may automatically shut down or limit the use of Content & Apps or other features or Services without warning. T-Mobile is not responsible for any third party content, advertisements, or websites you may be able to access using your Device. **Use of Information:** T-Mobile may retain, use, and share information collected when you download, use, or install some Content & Apps, may update your Content & Apps remotely, or may disable or remove any Content & Apps at any time. Refer to T-Mobile's Privacy Policy, as well as the Content & Apps creator/owner's privacy policy for information regarding their use of information collected when you download, install, or use any third party Content & Apps. We are not responsible for any transmission failure, interruption, or delay related to Content & Apps, or any content or website you may be able to access through the Content & Apps. **Wi-Fi Calling**: You acknowledge and agree that your use of any Wi-Fi network is permissible and that you (and not T-Mobile) are responsible for your use. Cell Broadcasts (alerts that go to certain customers), Emergency Alerts and Wireless Priority Service (WPS) may not be available with Wi-Fi Calling.

12. **\* Roaming and International Calling. Roaming:** Your Device may connect to another provider's network ("Off-Net") even when you are within the T-Mobile coverage area. Check your Device to determine if you are Off-Net. There may be extra Charges (including long distance, tolls, data usage) and higher rates for Off-Net usage, depending on your Rate Plan, and your quality and availability of service may vary significantly. You must use your Device predominantly within the T-Mobile owned network coverage area. We may limit or terminate your Service in our discretion and without prior notice if you no longer reside in a T-Mobile-owned network coverage area, if more than 50% of your voice and/or data usage is Off-Net for any three billing cycles within any 12 month period, if your Off-Net usage makes it uneconomical for T-Mobile to

provide Service to you, or if related to T-Mobile's arrangements with an Off-Net provider. **<u>International Roaming & Dialing:</u>** International roaming and dialing are available with some Rate Plans and on some Devices and may require an additional feature on your account. Whether roaming internationally or making and sending international calls and messages while in the U.S. (or Puerto Rico), you will be charged international rates (including for voicemails left for you and for data usage). This includes per minute rates for calls and, while roaming internationally, per minute rates for calls transferred to your voicemail and the relevant data rates for data usage. You may be charged for more than one call for unanswered calls that are forwarded to voicemail regardless of whether the calls result in an actual voicemail message being left for you and regardless of whether your phone is on or off. Some Devices and applications may incur usage and Charges while roaming. You may be able to disable these applications and features through your Device settings. Different rates and rounding increments apply in different countries. See www.T-Mobile.com for information on international access, rates, Services and coverage. While roaming internationally, your data throughput may be reduced and your Service may be otherwise limited or terminated at any time without notice.

13. **\* Taxes, Fees, and Surcharges. <u>Taxes and Fees</u>. You agree to pay all taxes and fees imposed by governments or governmental entities**. We may not give advance notice of changes to taxes & fees. To determine taxes & fees, we will use the street address you identified as your Place of Primary Use ("PPU"). The PPU for **Puerto Rico customers** must be in Puerto Rico. If you did not identify the correct PPU, or if you provided an address (such as a PO box) that is not a recognized street address, does not identify the applicable taxing jurisdictions or does not reflect the Service area associated with your telephone number, you may be assigned a default location for tax purposes. In the event of a disputed tax jurisdiction location being assigned, any tax refund must be requested within 60 days of our notification to you that the tax has been assessed. **<u>Surcharges</u>**. You agree to pay all Surcharges. Surcharges are not mandated by law, they are T-Mobile Charges that are collected and retained by

T-Mobile. The components and amounts of these Charges are subject to change without notice. Surcharges include, but are not limited to charges, costs, fees and certain taxes T-Mobile incurs to provide Services (and are not government taxes or fees imposed directly on our customers that we must collect by law). Examples include general and administrative fees (such as certain costs we incur to provide Service) as well as governmental-related Surcharges (such as Federal or State Universal Service fees, regulatory fees, and gross receipts taxes). Surcharges will apply whether or not you benefit from the programs, activities or services included in the Surcharge. You can find the Surcharges in either the "Taxes, Fees & Surcharges" or the "Other Charges" section of your bill.

14. **\* Payments, Late Fees, Deposits, and Credit Checks**. If we do not receive payment in full by the due date on your bill, you may be charged a late fee of the greater of 1.5% per month (18% annually) or $5/month, subject to the maximum allowed by law. We may use a collection agency and you agree to pay collection agency fees we incur to collect payment. If we accept late or partial payments, we do not waive our right to collect all amounts that you owe, including late fees. If your check, electronic funds transfer payment, including debit or Automated Clearing House payment, or any other payment is dishonored or returned, we may charge you $35, or the maximum amount allowed under applicable law. We may also require you to use another payment method, and/or immediately suspend or cancel your Service. We will not honor limiting notations you make on or with your checks. Late payment, non-payment or collection agency fees are liquidated damages intended to be a reasonable advance estimate of our costs resulting from late payments and non-payments by our customers; these costs are not readily ascertainable and are difficult to predict or calculate at the time that these fees are set. **<u>Deposits:</u>** We may require a deposit. You agree that only we can apply deposits, payments, or prepayments in any order to any amounts you owe us on any account and that you may be required to increase or replace your deposit amount. We refund deposits and final credit balances upon request,

unless otherwise required by law. We pay simple interest on deposits at the rate the law requires. **Credit Checks:** You authorize us to obtain information about your credit history from credit-reporting agencies at any time. You understand that a credit inquiry could adversely affect your credit rating. You authorize us to report your payment record to credit-reporting agencies.

**Puerto Rico customers:** This paragraph constitutes notice that your Service may be suspended or cancelled if you do not pay in full within the time stated on your bill or if your financial institution dishonors or returns a check for any reason, including for insufficient funds.

15. **\* Your Right to Dispute Charges**. Unless otherwise provided by law, you agree to notify us of any dispute regarding your bill or Charges to your account within 60 days (20 days for **Puerto Rico customers**) after the date you first receive the disputed bill or Charge. If you do not notify us of your dispute in writing within this time period, you may not pursue a claim in arbitration or in court. Except for Puerto Rico customers and unless otherwise provided by law, you must pay disputed Charges until the dispute is resolved. If you accept a credit, refund or other compensation or benefit to resolve a disputed bill or charge, you agree that the issue is fully and finally resolved. For unresolved disputes see Section 2 above. To contact or notify us, see Section 16. This paragraph is notice to **Puerto Rico customers** that payment of undisputed Charges is due when stated on your bill, regardless of any dispute. **Puerto Rico customers:** We will provide you with a determination regarding any dispute that is presented to us in accordance with this Section 15 within 15 days after we receive it. You may appeal our determination to the Telecommunications Board of the Commonwealth of Puerto Rico ("Telecommunications Board") by filing a petition for review up to 30 days after the date of our determination. Your petition for review shall be made through the filing of a document containing the following information: (i) your name and address; (ii) our company name; (iii) the pertinent facts; (iv) any applicable legal provisions that you are aware of; and (v) the remedy you are requesting. The document may be filed

handwritten or typewritten and must be signed by you. You must send us a copy of your document to the following address: 654 Muòoz Rivera Avenue, Suite 2000, Hato Rey, Puerto Rico 00918, Attn: Customer Care Manager. You must send your petition for review to the Telecommunications Board at the following address: 500 Ave. Roberto H. Todd (Pda. 18 – Santurce), San Juan, Puerto Rico 00907-3941. The Telecommunications Board will review our determination only on appeal. You are advised of the provisions regarding suspension of Service that appear in Law 33 of July 7, 1985, Law 213 of September 12, 1996 and Regulation 5940 promulgated by the Telecommunications Board. You are also advised of Regulation 5939 of March 12, 1999 promulgated by the Telecommunications Board regarding the procedures for resolution of customer disputes.

16. **\* Notices and Customer Communications.** You expressly consent to be contacted, for any and all purposes, at any telephone number, or physical or electronic address you provide to us or that we provide to you. You agree that T-Mobile may contact you in any way, including, pre-recorded or artificial voice or text messages delivered by an automatic telephone dialing system, or e-mail messages delivered by an automatic e-mailing system. Notices from us to you are considered delivered when we send them to your Device or by email or fax to any email or fax number you provided to us, or 3 days after mailing to your billing address. For multi-line accounts, a "Primary Telephone Number" may be assigned to your account for the purpose of receiving notices from us, as well as for other purposes. If you would like to designate a Primary Telephone Number, please contact T-Mobile.

You may contact our Customer Care department at www.T-Mobile.com, by calling 1-877-453-1304 or 611 from your Device, or by writing to: T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380. **Puerto Rico** customers must direct notices to: T-Mobile Customer Relations, 654 Muòoz Rivera Avenue, Suite 2000, Hato Rey, Puerto Rico 00918, Attn: Customer Care Manager. Notices from you to us are considered delivered

when you send an email or 3 days after mailing to the addresses above.

To begin arbitration or other legal proceeding, you must serve our registered agent. Our registered agent is Corporation Service Company and can be contacted at <u>1-866-403-5272</u>. For **Puerto Rico**, our registered agent is Prentice Hall of Puerto Rico and can be contacted at FGR Corporate Services, Inc., BBVA Tower, 6th Floor, 254, Muòoz Rivera Avenue, San Juan, Puerto Rico, 00918, phone: 1-800-927-9801.

17.  **\* Lost or Stolen Devices**. You agree to notify us if your Device is lost or stolen. Once you notify us, we will suspend your Service. After your Service is suspended, you will not be responsible for additional usage charges incurred in excess of your Rate Plan Charges, and applicable taxes, fees and Surcharges. If you request that we not suspend your Service, you will remain responsible for all usage, Charges incurred and applicable taxes and fees. We may prevent a lost or stolen Device from registering on any network. **<u>California customers</u>**: For Charges incurred before you notify us, you are not liable for Charges you did not authorize, but the fact that your Device or Account was used is some evidence of authorization. You may request that we investigate Charges you believe were unauthorized. We may ask you to provide information and you may submit information to support your request. If we determine the Charges were unauthorized, we will credit your account. If we determine the Charges were authorized, we will inform you within 30 days and you will remain responsible for the Charges. **Even if your Device is lost or stolen, you must fulfill the remainder of your Term or the Early Termination Fee will apply.**

18.  **\* Misuse of Service or Device**. By activating or renewing Service with T-Mobile, you agree that you do so because you want Service from T-Mobile and not for any other purposes. You agree not to misuse the Service or Device, including but not limited to: (a) reselling or rebilling our Service; (b) using the Service or Device to engage in unlawful activity, or in conduct that adversely affects our

customers, employees, business, or any other person(s), or that interferes with our operations, network, reputation, or ability to provide quality service, including but not limited to the generation or dissemination of viruses, malware or "denial of service" attacks; (c) using the Service as a substitute or backup for private lines or dedicated data connections; (d) tampering with or modifying your T-Mobile Device; (e) "spamming" or engaging in other abusive or unsolicited communications, or any other mass, automated voice or data communication for commercial or marketing purposes; (f) reselling T-Mobile Devices for profit, or tampering with, reprogramming or altering T-Mobile Devices for the purpose of reselling the T-Mobile Device; (g) using the Service in connection with server devices or host computer applications, including continuous Web camera posts or broadcasts, automatic data feeds, automated machine-to-machine connections or peer-to-peer (P2P) file-sharing applications that are broadcast to multiple servers or recipients, "bots" or similar routines that could disrupt net user groups or email use by others or other applications that denigrate network capacity or functionality; (h) accessing, or attempting to access without authority, the information, accounts or devices of others, or to penetrate, or attempt to penetrate, T-Mobile's or another entity's network or systems; (i) running software or other devices that maintain continuously active Internet connections when a computer's connection would otherwise be idle, or "keep alive" functions (e.g. using a Data Plan for Web broadcasting, operating servers, telemetry devices and/or supervisory control and data acquisition devices); or (j) assisting or facilitating anyone else in any of the above activities. Unless authorized by T-Mobile, you agree that you won't install, deploy, or use any regeneration equipment or similar mechanism (for example, a repeater or signal booster) to originate, amplify, enhance, retransmit or regenerate a transmitted RF signal. You agree that a violation of this section harms T-Mobile, which cannot be fully redressed by money damages, and that T-Mobile shall be entitled to immediate injunctive relief in addition to all other remedies available.

19. **Our Rights to Limit or End Service or the Agreement**. WE MAY LIMIT, SUSPEND OR TERMINATE YOUR SERVICE OR AGREEMENT WITHOUT NOTICE FOR ANY REASON, INCLUDING, WITHOUT LIMITATION, if you, any user of your Device, or any user on your account: (a) breaches the Agreement; (b) incurs Charges greater than any billing or credit limitation on your account (even if we haven't yet billed the Charges); (c) provides inaccurate information or credit information we can't verify; (d) lives in an area where we don't provide Service, more than 50% of your voice and/or data usage is Off-Net for any three billing cycles within any 12 month period, your Off-Net usage makes it uneconomical for T-Mobile to provide Service to you, or relating to T-Mobile's arrangements with an Off-Net provider; (see Section 12); (e) transfer(s) Service to another person without our consent; (f) becomes insolvent, goes bankrupt or threatens bankruptcy (except as prohibited by law); (g) misuses your Service or Device as described in Section 18, above; (h) uses your Service or Device in a manner that is excessive, unusually burdensome, or unprofitable to us; or (i) are on a Rate Plan that we determine is no longer available to you. We may impose credit, usage or other limits to your Service, suspend your Service, or block certain types of calls, messages or sessions (such as international, 900 or 976 calls), in our sole discretion and without notice. If we limit, suspend or terminate your Service and later reinstate your Service, you may be charged a fee. This paragraph constitutes notice to **Puerto Rico customers** that your Service may be suspended or cancelled if you engage in any of the foregoing actions in Sections 18 and 19, including but not limited to failing to pay your bill when due, in accordance with the Puerto Rico Suspension Regulation 5940 of March 12, 1999, promulgated by the Telecommunications Board where applicable, or in T-Mobile's sole discretion. If your Service or account is limited, suspended or terminated and then reinstated, you will be charged a reactivation fee.

20. **\* Intellectual Property**. You agree not to infringe, misappropriate, dilute or otherwise violate the intellectual property rights of T-Mobile or any third party. Except for a limited license to use the Services, your purchase of Services and

T-Mobile Devices does not grant you any license to copy, modify, reverse engineer, download, redistribute, or resell the intellectual property of T-Mobile or others related to the Services and T-Mobile Devices; this intellectual property may be used only with T-Mobile Service unless expressly authorized by T-Mobile. You agree that a violation of this section harms T-Mobile, which cannot be fully redressed by money damages, and that T-Mobile shall be entitled to immediate injunctive relief in addition to all other remedies available.

21. **Digital Millennium Copyright Act ("DMCA") Notice.** If you believe that material available through our Services or products infringes the copyright of any third party, notify us by using the notice procedure under the DMCA and described at www.T-Mobile.com (www.T-Mobile.com.pr for Puerto Rico). After receiving notice, we may remove or disable access to any infringing material as provided for in the DMCA.

22. **\* Privacy Information.** Our Privacy Policy governs how we collect and use information related to your use of our Service and is available online at www.T-Mobile.com/privacy. We may change our Privacy Policy without notice; however, if we change our policy to allow use or disclosure of personal information in a way that, in our sole determination, is materially different from that stated in the policy at the time the data was collected, we will post notice in advance of the change. Data on your Device may automatically be stored on your SIM card, Device or our network. Your data may remain on the Device even if your SIM card is removed; the data left on your Device will be accessible to others who use your Device, and may be deleted, altered, or transferred to our network servers.

Some Devices automatically upload stored information (such as your address book, ringtones, or other data) to T-Mobile network servers. You may choose not to use this service by contacting Customer Care; however, your Device will continue to upload your information to our servers but T-Mobile will not retain

the information. Not using this service may result in the loss of functionality or the availability of certain services or features, and the permanent loss of information stored on a lost or stolen Device. You or T-Mobile may be able to remotely access or delete information stored on your Device or on www.my.T-Mobile.com.

23. **\* Disclaimer of Warranties**. EXCEPT FOR ANY WRITTEN WARRANTY THAT MAY BE PROVIDED WITH A T-MOBILE DEVICE YOU PURCHASE FROM US, AND TO THE EXTENT PERMITTED BY LAW, THE SERVICES AND DEVICES ARE PROVIDED ON AN "AS IS" AND "WITH ALL FAULTS" BASIS AND WITHOUT WARRANTIES OF ANY KIND. WE MAKE NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE CONCERNING YOUR SERVICE OR YOUR DEVICE. WE CAN'T PROMISE UNINTERRUPTED OR ERROR-FREE SERVICE AND DON'T AUTHORIZE ANYONE TO MAKE ANY WARRANTIES ON OUR BEHALF. THIS DOESN'T DEPRIVE YOU OF ANY WARRANTY RIGHTS YOU MAY HAVE AGAINST ANYONE ELSE. WE DO NOT GUARANTEE THAT YOUR COMMUNICATIONS WILL BE PRIVATE OR SECURE; IT IS ILLEGAL FOR UNAUTHORIZED PEOPLE TO INTERCEPT YOUR COMMUNICATIONS, BUT SUCH INTERCEPTIONS CAN OCCUR.

24. **\* Waivers and Limitations of Liability. UNLESS PROHIBITED BY LAW, WE EACH AGREE TO LIMIT CLAIMS FOR DAMAGES OR OTHER MONETARY RELIEF AGAINST EACH OTHER TO DIRECT AND ACTUAL DAMAGES. THIS LIMITATION AND WAIVER WILL APPLY REGARDLESS OF THE THEORY OF LIABILITY, WHETHER FRAUD, MISREPRESENTATION, BREACH OF CONTRACT, PERSONAL INJURY, PRODUCT LIABILITY, OR ANY OTHER THEORY. THIS MEANS THAT NEITHER OF US WILL SEEK ANY INDIRECT, SPECIAL, CONSEQUENTIAL, TREBLE, OR PUNITIVE DAMAGES FROM THE OTHER. THIS LIMITATION AND WAIVER ALSO APPLIES TO ANY CLAIMS YOU MAY BRING AGAINST ANY OTHER PARTY TO THE EXTENT THAT WE WOULD**

BE REQUIRED TO INDEMNIFY THAT PARTY FOR SUCH CLAIM. OUR LIABILITY FOR MONETARY DAMAGES FOR ANY CLAIMS YOU MAY HAVE AGAINST US IS LIMITED TO A REFUND OR REBATE OF THE PRORATED MONTHLY OR OTHER CHARGES YOU PAID OR OWE US FOR THE APPLICABLE SERVICE OR T-MOBILE DEVICE. YOU AGREE WE ARE NOT LIABLE FOR PROBLEMS CAUSED BY YOU OR A THIRD PARTY. EXCEPT TO THE EXTENT PROHIBITED BY LAW, ALL CLAIMS MUST BE BROUGHT WITHIN 2 YEARS OF THE DATE THE CLAIM ARISES.

25. **\* Indemnification**. You agree to defend, indemnify, and hold us harmless from any claims arising out of use of the Service or Devices, breach of the Agreement, or violation of any laws or regulations or the rights of any third party by you or any person on your account or that you allow to use your Service or Device.

26. **\* Enforceability and Assignment**. A waiver of any part of the Agreement in one instance is not a waiver of any other part or any other instance and must be expressly provided in writing. If we don't enforce our rights under any provisions of the Agreement, we may still require strict compliance in the future. Except as provided in Section 2, if any part of the Agreement is held invalid that part may be severed from the Agreement. You can't assign the Agreement or any of your rights or duties under it without our written consent. We may assign all or part of the Agreement or your debts to us without notice. The Agreement is the entire agreement between us and defines all of the rights you have with respect to your Service or Device, except as provided by law, and you cannot rely on any other documents or statements by any sales, service representatives or other agents. If you purchase a Device, services or content from a third party, you may have a separate agreement with the third party; T-Mobile is not a party to that agreement. The original version of the Agreement is in English. To the extent there are conflicts between the English version and any other language version, the English version will control. Any determination made by us pursuant to this Agreement, shall be in our sole reasonable

discretion. Paragraphs marked "*" continue after termination of our Agreement with you.

27. **\* Choice of Law**. This Agreement is governed by the Federal Arbitration Act, applicable federal law, and the laws of the state in which your billing address in our records is located, without regard to the conflicts of laws rules of that state. Foreign laws (except for Puerto Rico) do not apply. Arbitration or court proceedings must be in: (a) the county and state in which your billing address in our records is located, but not outside the U.S.; or (b) in Puerto Rico if your billing address is in Puerto Rico. If any provision of the Agreement is invalid under the law of a particular jurisdiction, that provision will not apply in that jurisdiction.

28. **Additional Terms for FlexPay Customers**. **T-Mobile FlexPay Service**: You must pay for Services in advance each month ("Monthly Account") and Services will become available after we apply your payment. Your first Service cycle may start several days after activation. You may be unable to make changes to your account during certain periods of your Service cycle.

**FlexAccount:** When you have used all of your monthly Allotments, to buy additional Services, you must fund your FlexAccount. All lines on a multi-line account share and draw from one FlexAccount. A FlexAccount may be only used to (1) purchase Services when you exhaust your Service Allotment(s); (2) purchase Services not included in your Rate Plan (e.g., downloads, messaging, 411, data and international services); and (3) pay your bill. By using any additional Services, applicable Charges will automatically be deducted from your FlexAccount. FlexAccount dollars you transfer to pay your bill in excess of the Amount Due cannot be returned to your FlexAccount. You cannot transfer funds from your Monthly Account to your FlexAccount. FlexAccount terms and rates differ from the terms and rates associated with our Prepaid Service (see www.T-Mobile.com for terms and rates).

\* **Service cancellation**. If you cancel your FlexPay account within the

Cancellation Period, all funds in your Monthly Account for Services not used are refunded. If you cancel your FlexPay account after the Cancellation Period, we may apply your FlexAccount balance to any amounts you owe us (including any Early Termination Fees). Funds in your Monthly Account will not be refunded if you cancel after the Cancellation Period. **Month-To-Month Plans:** To avoid cancellation and keep your account active, you must, at least once every 45 days: (a) pay for Services, (b) add funds to your FlexAccount, or (c) use your FlexAccount for Services. **One or Two Year Plans**: All lines on the account will be cancelled unless your monthly Services (prorated or otherwise) are activated at least once every ninety days after the due date listed in your payment reminder.

**Payments**. You may access billing details on our website at www.my.T-Mobile.com. **If your "Amount Due" differs from the amount stated on your Payment Reminder, you must pay the Amount Due as stated on www.my.T-Mobile.com to continue Service. If you do not pay the Amount Due by the date on your Payment Reminder, your monthly Services will not be available**. If you pay after the date on your Payment Reminder, the Amount Due and the Service allotments you receive will be prorated for the number of days remaining in your Service cycle. **Partial Payment:** If you partially pay, your Services will not be available until your partial payment is equal to or greater than the prorated Charges for Service for the remaining days in your Service cycle. The Allotments you receive will be prorated based on the number of days remaining in that Service cycle. **Payment in Last Five Days:** To start Services during the last five days of the Service cycle, you must pay for those days plus the Amount Due for the following Service cycle. If you do not pay that full amount, then your payment will be applied as a partial payment toward the Amount Due for the next month's Service cycle. **Extension of Term:** If you are on a one or two-year contract, your Term may be extended by the total number of days for which you have not paid for monthly Services (e.g., if you only pay for prorated Services for the last 25 days of a 30 day Service cycle your Term may be extended by 5 days.) **Multi-line accounts:** You will have one Amount

Due for all lines on a multi-line account, and any payments will be applied proportionately across all lines and all Services (e.g., if you have three lines on your account, you cannot pay for only one of the three lines, or just for certain Services). **Control Charge:** You will be charged a **Control Charge per line per month if you are not enrolled in and using EasyPay** (an automatic monthly recurring payment Service). The Control Charge may apply for at least one Service cycle after you sign up for EasyPay. If your payment fails, you will be required to pay a Control Charge to reinstate your Services. We may remove EasyPay from your account without notice if we determine in our sole discretion that the account is invalid or if an EasyPay payment fails.

**Voluntary Suspension**. We may allow you to voluntarily suspend Services and any amounts in your Monthly Account or unused Allotments will not be refunded or credited. Upon voluntary suspension, your Services and FlexAccount will no longer be available for use. To maintain the voluntary suspension and avoid cancellation, you must pay a monthly access fee and the Control Charge (if not using Easy Pay) for each line in advance of each month of the voluntary suspension.

29. **Additional Terms for T-Mobile Prepaid Customers**. To use T-Mobile Prepaid Service you must have a prepaid account balance or be on an active monthly prepaid plan; Service will be suspended when your account balance reaches zero; and/or you are at the end of the time period associated with your prepaid plan. Monthly plan features are available for 30 days; your monthly plan will be automatically renewed at the end of 30 days if you have a sufficient prepaid account balance. The Charges for Service and the amount of time that Service is available following activation of your prepaid account balance may vary; see www.T-Mobile.com for more information. Your account balance, if sufficient, gives you access to T-Mobile Prepaid Service for a limited amount of time; you must use your T-Mobile Prepaid Service during the designated period of availability. Prepaid Service is non-refundable (even if returned during the Cancellation Period), and no refunds or other compensation will be given for

unused airtime balances, lost or stolen prepaid cards, or coupons. You will not have access to detailed usage records or receive monthly bills. Coverage specific to T-Mobile Prepaid Service may be found at www.T-Mobile.com and differs from coverage related to T-Mobile's postpaid Service. If you purchase a T-Mobile Device that is sold for use on T-Mobile Prepaid Service, you agree that you intend it to be activated on our Service, and do not intend to, and will not, resell, modify and/or export the T-Mobile Devices, or assist someone in these activities.

**Contact us**     +

**Support**     +

**T-Mobile for Business**     +