# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ODDO, HARRY HYADUCK, SR., LARRY KAHHAN and GERALD DWYER, on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>*Plaintiffs*,<br>v.<br><br>T-MOBILE USA, INC.,<br><br>*Defendant*. | Civ. Action No. 2:24-cv-07719 (MEF/JRA)<br><br>**[PROPOSED] ORDER**<br><br>*Document filed electronically* |

**THIS MATTER** having been brought before the Court upon the Motion of Defendant T-Mobile USA, Inc. ("T-Mobile") to dismiss the claims of Plaintiffs Harry Hyaduck, Sr., Gerald Dwyer, and Larry Kahhan ("Non-Resident Plaintiffs") for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2); to compel arbitration and stay the claims of Plaintiff Christopher Oddo pursuant to the Federal Arbitration Act; and, to the extent the Court finds it has personal jurisdiction over T-Mobile with respect to Non-Resident Plaintiffs' claims, to dismiss those claims in favor of arbitration. The Court having considered the papers and arguments of the parties; and for good cause having been shown:

**IT IS**, on this ___ day of _____, ___;

**ORDERED** that T-Mobile's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Compel Arbitration is **GRANTED**; and it is further

**ORDERED** that Non-Resident Plaintiffs' claims are **DISMISSED**, Plaintiff Oddo is **COMPELLED** to arbitrate his claims, and Plaintiff Oddo's claims are **STAYED** pending arbitration.

_____

Hon. Michael E. Farbiarz
