# NAGEL RICE, LLP

COUNSELLORS AT LAW

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

PLEASE REPLY TO
ROSELAND OFFICE

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS*
BRADLEY L. RICE°
MICHAEL J. PARAGANO°

HARRY A. MARGOLIS
1928-2002

ANDREW I. PEPPER
CHRISTOPHER G. LOBOZZO
ANDREW J. NEES

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊MEMBER OF NJ, NY & DC BARS

December 23, 2024

**VIA ECF**
Hon. Jose R. Almonte, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07101

**Re: Christopher Oddo, et al. v. T-Mobile USA, Inc.
Case No. 2:24-cv-07719 (MEF/JRA)**

Dear Judge Almonte:

We represent Plaintiffs in the above matter. We are in receipt of Defendant's letter, dated December 22, 2024, requesting an adjournment of the date to submit the Joint Discovery Plan and the initial conference. While Defendant's letter correctly indicated that Plaintiffs do not consent to these requests, it failed to state that the parties agreed to submit the Joint Discovery Plan as per the Court's October 21, 2024 letter order and intend to do so next week.

Thank you for your kind attention to this matter.

Respectfully submitted,

*Greg M. Kohn*

Greg M. Kohn

cc: All Counsel (via ECF)