# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Reade Seligmann**  Direct Dial: **+1 212-210-9453**   Email: **reade.seligmann@alston.com**

March 13, 2025

**VIA ECF**

Honorable Jose R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

SO ORDERED:

/s/ José R. Almonte
JOSÉ R. ALMONTE
United States Magistrate Judge
March 14, 2025

Re:   *Christopher Oddo, et al. v. T-Mobile USA, Inc.*, Civ. Action No. 2:24-cv-07719 (MEF/JRA)

Dear Judge Almonte,

On January 27, 2025, the Court ordered the Parties to file a joint letter today summarizing the status of the case and whether the limited discovery as ordered by the Court has been completed. Plaintiffs served their discovery requests on February 11, 2025. T-Mobile timely responded to the requests on March 13, 2025 and provided Plaintiffs with its position on the issues identified by the Court for the joint submission. Plaintiffs' counsel is wrapping up a four-week trial and has not had the opportunity to review T-Mobile's documents. Given this, the Parties respectfully request that the Court allow them to file the joint letter on March 17, 2025 after Plaintiffs' counsel has had the chance to review.

Respectfully submitted,

*/s/ Reade Seligmann*
Reade Seligmann
David B. Carpenter
Attorneys for Defendant
Dated: March 13, 2025


*/s/ Greg Kohn*
Greg M. Kohn
Attorney for Plaintiffs
Dated: March 13, 2025

Alston & Bird LLP                                                                                         www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Chicago | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.