# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Reade W. Seligmann**         Direct Dial: **+1 212 210 9453**         Email: **reade.seligmann@alston.com**

May 9, 2025

**VIA ECF**

The Honorable Jose R. Almonte, U.S. Magistrate Judge
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:     *Christopher Oddo, et al. v. T-Mobile USA, Inc.*, Civil Action No. 2:24-cv-07719 (MEF) (JRA)

Dear Judge Almonte:

      On March 27, 2025, the Court ordered the parties to file a revised discovery dispute letter formatted in accordance with paragraph 5(a) of the Court's Case Management Order. The Order limits such a letter to 10 pages. Given the number of discovery requests at issue, out of an abundance of caution, the Parties respectfully request that the Court extend the page limit to 12 pages

      Respectfully submitted,

      Reade W. Seligmann

cc: All counsel of record (via ECF)

Alston & Bird LLP                                                                                                                                  www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.