**NAGEL RICE, LLP**
Lisa R. Considine, Esq.
103 Eisenhower Parkway
Roseland, New Jersey 07068
973-618-0400 x 111
973-618-9194 (fax)
lconsidine@nagelrice.com

*Attorneys for Plaintiffs on behalf of themselves and all other persons similarly situated*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ODDO, HARRY HYADUCK, SR., LARRY KAHHAAN and GERALD DWYER, on behalf of themselves and all other persons similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>T-MOBILE USA, INC.,<br><br>*Defendants*. | Civil Action<br><br>Case No.: 2:24-cv-07719-MEF-JRA<br><br>**NOTICE OF APPEARANCE OF LISA R. CONSIDINE, ESQ.** |

**PLEASE TAKE NOTICE** that Lisa R. Considine, Esq. of Nagel Rice, LLP, as an attorney in good standing admitted to the bar of the State of New Jersey and authorized to practice in this Court, hereby appears on behalf of Plaintiffs, on behalf of themselves and all other persons similarly situated, in the above-captioned action and requests copies of all papers in this action be served upon her.

2

| | |
|---|---|
| Dated:  June 27, 2025 | */s* <u>Lisa R. Considine, Esq.</u><br>Lisa R. Considine<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>973-618-0400 x 111<br>973-618-9194 (fax)<br>*lconsidine@nagelrice.com* |